# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

**BILLY JOE AYERS, Individually**     **CIVIL ACTION NO. 2:18-CV-00289**
**and on behalf of his minor child, A.E.A.**

**VS.**     **UNASSIGNED DISTRICT JUDGE**

**PACKAGING CORPORATION OF**
**OF AMERICA, ET AL**.     **MAG. JUDGE KATHLEEN KAY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion to Remand [Doc. No. 8] and Motion to Amend [Doc. No. 11] are **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all claims against Elite Industrial Services, Inc. and Elite Specialty Welding, LLC are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 18th day of September, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**