**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BILLY JOE AYERS** | **CIVIL ACTION NO. 2:18-CV-00289** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **PACKAGING CORP OF AMERICA INC, ELITE INDUSTRIAL SERVICES INC AND ELITE SPECIALTY WELDING LLC** | **MAGISTRATE KATHLEEN KAY** |

**<u>DEFENDANT PACKAGING CORPORATION OF AMERICA'S
MOTION FOR SUMMARY JUDGMENT</u>**

**NOW INTO COURT**, through undersigned counsel, come Defendant, Packaging Corporation of America ("<u>PCA</u>"), who respectfully requests this Court issue an order: (1) granting its Motion for Summary Judgment as to all of Plaintiff's claims; (2) dismissing all of Plaintiff's claims, with prejudice; (3) granting PCA its reasonable costs; and (4) granting PCA all other relief deemed just and proper by the Court.

For the reasons more fully set forth in the attached memorandum and supporting summary judgment evidence included with this motion, Plaintiff's claims fail. At the time of the explosion in question, Plaintiff, Billy Ayers was the Statutory Employee of PCA under Louisiana law. As a result, the Plaintiff's recovery prayed for herein is conclusively barred by operation of the exclusive remedy provisions of the Louisiana Workers' Compensation Act.

Respectfully submitted,

*/s/ Jeffrey A. Riggs*

BY: _____
JENNIFER E. MICHEL (#18114)
JEFFREY A. RIGGS (#17770)
MICHAEL L. BARRAS (#30855)
LEWIS BRISBOIS BISGAARD & SMITH LLP
100 East Vermilion Street, Suite 300
Lafayette, Louisiana 70501
Telephone: 337-326-5777
Facsimile: 337-504-3341
*Counsel for Defendant Packaging Corporation of America*

**CERTIFICATE OF SERVICE**

I certify that on September 30, 2019, I electronically filed *Defendant Packaging Corporation of America's Motion for Summary Judgment* with the Clerk of Court using the CM/ECF system, which will automatically send notice of this filing to all counsel of record.

*/s/ Jeffrey A. Riggs*
JEFFREY A. RIGGS