UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BILLY JOE AYERS** | **CIVIL ACTION NO. 2:18-CV-00289** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **PACKAGING CORP OF AMERICA INC, ELITE INDUSTRIAL SERVICES INC AND ELITE SPECIALTY WELDING LLC** | **MAGISTRATE KATHLEEN KAY** |

## STATEMENT OF MATERIAL FACTS AS TO WHICH THERE ARE NO GENUINE ISSUES TO BE TRIED

In accordance with LR 56.1, Local Civil Rules of the Federal District Court in and for the Western District of Louisiana, Defendant, Packaging Corporation of America ("PCA"), offers the following statement of material facts as to which there are no genuine issues to be tried.

1. On February 8, 2017, an explosion occurred at a mill located in DeRidder, Louisiana ("DeRidder Mill") operated by PCA ("DeRidder Incident").[1]

2. Billy Ayers was employed by and working for Elite Specialty Welding, LLC ("Elite") at the DeRidder Mill on the day of the DeRidder Incident.[2]

3. Elite was contracted by PCA to perform work at the DeRidder Mill, including the work being performed by Billy Ayers pursuant to a purchase order issued by PCA to Elite.[3]

4. PCA's purchase orders are issued subject to "PCA's Terms and Conditions http://wwww.packagingcorp.com/doing-business-with-pca."[4]

---

[1] Petition, ¶ 2.

[2] Record, Document 11-1, page 4 and Petition, ¶ 3.

[3] Exhibit A, Declaration of Lori Smith, ¶¶ 6-14, Ex. A-5.

[4] Exhibit A, Declaration of Lori Smith, ¶10, Ex. A-3.

5. PCA's Terms and Conditions provide that PCA is the principal employer under the Act and that PCA is to be recognized as the statutory employer of Elite's employees providing work and/or services to PCA.[5]

6. The DeRidder Mill generates a product made from wood pulp—containerboard.[6]

7. The work performed by Elite on February 8, 2017 at the DeRidder Mill was an integral part of or essential to the ability of PCA to generate its goods, products, or services--more specifically, containerboard.[7]

8. Billy Ayers was PCA's statutory employee on February 8, 2017.[8]

Respectfully submitted,

BY: __/s/ Jeffrey A. Riggs_____
JENNIFER E. MICHEL (#18114)
JEFFREY A. RIGGS (#17770)
MICHAEL L. BARRAS (#30855)
LEWIS BRISBOIS BISGAARD & SMITH LLP
100 East Vermilion Street, Suite 300
Lafayette, Louisiana 70501
Telephone: 337-326-5777
Facsimile: 337-504-3341
*Counsel for Defendant Packaging Corporation of America*

---

[5] Exhibit A, Declaration of Lori Smith, ¶ 10, Ex. A-3, § 9 *SITE WORK*, ¶3.

[6] Exhibit C, Declaration of Stacy Miller, ¶¶ 2-6.

[7] Exhibit C, Declaration of Stacy Miller, ¶¶ 2-6; Exhibit A, Declaration of Lori Smith, ¶¶ 6-12.

[8] See footnotes 1 – 7.