# **EXHIBIT A**

# **DECLARATION OF LORI SMITH**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

BILLY JOE AYERS                             CIVIL ACTION NO. 2:18-CV-00289

VERSUS                                      JUDGE JAMES D. CAIN, JR.

PACKAGING CORP OF AMERICA          MAGISTRATE JUDGE KATHLEEN KAY
INC, ELITE INDUSTRIAL SERVICES
INC AND ELITE SPECIALTY
WELDING LLC

## DECLARATION OF LORI SMITH

I, Lori Smith, declare under penalty of perjury that the following statements are true and correct:

1. I am of the age of majority, am competent in all respects to make this declaration, and have personal knowledge of all matters stated herein.

2. I am a Mechanical Maintenance Planner at Packaging Corporation of America's ("PCA") containerboard mill in DeRidder, Louisiana ("Mill").

3. As a Planner, I routinely receive Work Requests from Mill maintenance personnel identifying maintenance issues and requested repairs.

4. I review these Work Requests and, when appropriate, obtain bids for work, and then prepare related Work Orders and Purchase Requisitions.

5. If a Work Order and Purchase Requisition is approved, it is forwarded to the purchasing department and a Purchase Order is then issued.

6. In October 2016, I was notified there was a leak in the Mill's Clean Condensate Line where it ran above the Foul Condensate Tank.

7. I prepared Work Order #1573059; a true and correct copy of Work Order #1573059 is attached as Exhibit A-1.

4813-3353-1814.1


EXHIBIT
A

8. The work on the Clean Condensate Line was intended to be completed during a scheduled November 2016 Pulp Mill Outage. I requested a bid from Elite Specialty Welding, LLC ("Elite") for several Work Orders which included Work Order #1573059 covering the repair of the Clean Condensate Line and, in response, Elite submitted a bid for the work which included Work Order #1573059 .

9. Elite's bid was subsequently approved and Purchase Order #215857 was issued, which purchase order identified the work to be completed under Work Order #1573059; a true and correct copy of Purchase Order #215857 is attached as Exhibit A-2.

10. The purchase orders state on their face they are subject to PCA's standard Terms and Conditions located on PCA's website; a true and correct copy of PCA's Terms and Conditions is attached as Exhibit A-3.

11. During the November Shutdown, Elite performed work included in the four Work Orders listed on Purchase Order #215857; however, the Clean Condensate Line repair identified was not completed, as a temporary repair was made which allowed Elite's permanent repair to be  rescheduled for completion during the Mill's longer scheduled annual shutdown in February 2017.

12. On January 4, 2017, PCA issued Purchase Order #217370 for Elite's completion of the Clean Condensate Line repair initially made part of Work Order #1573059; a true and correct copy of Purchase Order #217370 is attached hereto as Exhibit A-4.

13. The February 2017 Shutdown referenced above was PCA's annual shutdown for 2017. Each year, PCA shuts down operations at the DeRidder Mill to perform necessary repairs and maintenance work. This shutdown usually lasts one week and is also called the "annual outage" or "annual turnaround."

14. During PCA's annual shutdowns, maintenance and repair operations are conducted 24-hours a day.

15. PCA will also schedule other shutdowns to conduct maintenance and repair operations when necessary. One example of such another shutdown was the November 2016 shutdown when the repairs to the CCL were originally scheduled.

16. I have reviewed each purchase order issued by PCA to Elite Specialty Welding, LLC for the February 2017 Annual Shutdown; true and correct copies of those purchase orders are attached and referenced as Exhibit A-5.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in _Beauregard Parish_, on the _30_ day of _September_, 2019.

_Lori Smith_
Lori Smith

4813-3353-1814.1

# EXHIBIT A-1

## WORK ORDER #1573059



Miller, Stacy
Friday, March 16, 2018 1:15 PM

**DeRidder**

| Work Order #1573059 | Lead: Martinez, David |
|---|---|

| Facility | 410 | Digester Plant | Priority | Emergency |
|---|---|---|---|---|
| Mach/Area | 410-320 | Tanks and Fittings | Work Type | General Maintenance/Repairs |
| Location | 410-320-1053 Tank, Clean Condensate | | EQ. Availability | |
| Equipment | 410-320-1053 Tank, Clean Condensate (12ft Diameter x 21ft Tall) | | Downtime | |
| Type | Mechanical | | Category | |
| | | | Reliability Cat. | |
| Labor Acct | 52-0-400-0000-650-21 | | PM# | 0 |
| Material Acct | 52-0-700-0000-650-21 | | Original WO# | 0 |
| Service Acct | 52-0-690-0000-650-21 | | Stock # | 0 Issued: |

| Request Date 10/28/2016 | Required Date 03/28/2017 12:00:00 AM |
|---|---|
| Requested By Smith, Lori | Sched. Date |
| | Planner          Smith, Lori |

| Plan. Status | | CAR #        0 | ☐ Contract | User Cat 1 |
|---|---|---|---|---|
| WO Status | Closed | Starter ID | ☐ Balance | User Cat 2 |
| | | Tag # | ☐ Laser Align | User Cat 3 |

**Nature of Problem**

Repair leak in line at Clean Condenste Tank in pulp Mill

**Job Steps**

| Step | Supervisor | Crew | Craft | | Duration | Hours | Scheduled Date | Complete |
|---|---|---|---|---|---|---|---|---|
| Description | | | E. Men | E. Hours | S. Men | S. Hours | Completed Date | Contract |
| 1 | DM - Martinez, David | | | | 0 | | 11/21/2016 12:00:00 AM | ☑ |
| Repair leak in line at Clean Condenste Tank in pulp Mill | | | 0 | 0 | 0 | 0 | 03/09/2017 12:00:00 AM | ☐ |

**Other Instructions/Comments**

Equipment Comments:

MAX. PRESS. ATM
  YEAR 1981
***** EQ SPEC SCREEN DESC *****
Tank, Storage, Turpentine

Location Comments:

 MAX. PRESS. ATM
  YEAR 1981
***** EQ SPEC SCREEN DESC *****
Tank, Storage, Turpentine
Equipment Safety Comments:

Location Comments:



EXHIBIT
A-1



Miller, Stacy
Friday, March 16, 2018 1:15 PM

**DeRidder**

Work Order #1573059                                    Lead: Martinez, David

**Process Safety Review**



Miller, Stacy
Friday, March 16, 2018 1:15 PM

**DeRidder**

## Checklist - Work Order #1573059

**Nature of Problem**

Repair leak in line at Clean Condenste Tank in pulp Mill

**Checklist**

Planner                                    Equipment/Location  Tank, Clean Condensate (12ft Diameter x 21ft Tall)

### Safety

Job Work Analysis Complete    N/A          Need Lockout    N/A              Has Lockbox    N/A

Personal Protective Equipment

☐ Hot Work Required                          ☐ Confined Space Required                    ☐ Line Breaking

### Parts

☐ DC Parts Ordered    Delivery Date                    PO #    0              Req #    0

Parts Staged At

<u>Storeroom Parts Needed</u>                              <u>Storeroom Parts Staged At</u>

<u>Special Tools Needed</u>                                  <u>Mobile Equipment Needed</u>

<u>Location of Prints and BOM</u>

### Job Steps

☐ Pre-Fab Required    ☐ Pre-Fab Complete    Pre-Fab Completion Date            ☐ Time Line Required  ☐ Time Line Complete

### Job Scope

                                                          ☐ Engineering, Operations, Other Crafts
                                                             Contacted
                                                          ☐ Helpers Needed

| Man Hours | 0 | Labor Cost | 0 | Material Cost | 0 | Total Cost | 0 |
| Contractor Hours | 0 | Contractor Rate | 0 | | | Contract Cost | 0 |

**Initials**                                              **Description**

_____              _____              _____

**Craftsman**                          **Maintenance**                          **Operations**



Miller, Stacy
Friday, March 16, 2018 1:15 PM

**Direct Charge - DeRidder**

## Requisition # 286276

| | |
|---|---|
| Requisitioner | Smith, Lori |
| Department | [54] Maintenance - Fixed |
| Vendor | 124636-1 |
| | APACHE INDUSTRIAL SERVICES INC |
| | 15423 VANTAGE PARKWAY EAST |
| | HOUSTON TX  77032 |
| Attention | |

| | | |
|---|---|---|
| Ship Via | Best Way | |
| FOB | Delivered | |
| Track | | |
| Delivery Instructions | | |
| | | |
| Requisition Date | 10/28/2016 | |
| Period From | | Period To |
| Required Date | 10/28/2016 | |

Internal Comments
Emergency call-out for Apache to come in and remove insulation on line at the
Condensate Tank

Total cost----------$700.00

External Comments

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Emergency call-out for Apache to come in and remove insulation on line at the Condensate Tank | PO # | 215438 | UOM | Job | Taxable  [N] 0% Non-Taxable |
| | | CAR# | 0 | Qty | 0 | 1.000 Tax Code  [N] None |
| | | Account # | 52-0-690-0000-650-21 | PO Price | | 700.00 MSA #  0 |
| | | Work Order # | 1573059 | Est Total | | 700.00 |
| | | Mach/Area | [410-320] Tanks and Fittings | | | Quoted ☐     MSDS Required ☐ |
| | | Equipment | [410-320-1053] Tank, Clean Condensate (12ft Diameter x 21ft Tall) | | | MSDS # |
| | | | | | | MSDS Multi ID |

Requisition # 286276  1 item(s)



**WO Estimate Details - DeRidder**

Miller, Stacy
Friday, March 16, 2018 1:15 PM

## Work Order #1573059

| Stock # | Quantity | Unit Cost | Total Cost | Vendor | Description |
|---------|----------|-----------|------------|--------|-------------|
| | | **Total** | $0.00 | | |
| | | **Grand Total(Including Extra)** | $0.00 | | |
| | | **Grand Total(Excluding Extra)** | $0.00 | | |

**PCA**
PACKAGING CORPORATION OF AMERICA

Miller, Stacy
Friday, March 16, 2018 1:15 PM

**Part Listing - DeRidder**

## Parts Listing for '410-320-1053'

| Part # | Description | Critical | Qty Used | QtyOH | UOM | Stores Location |
|--------|-------------|----------|----------|-------|-----|-----------------|
| 122716 | GASKET, RING, 2"X1/8" 150LB OS TC2000 | Yes | 0 | 2 | Each | MAIN-13-D-100-0 |

Criteria: equipment = '410-320-1053'

# EXHIBIT A-2

## PURCHASE ORDER #215857

11/10/2016 2:37 PM  FROM: DeRidder Mill Fax  TO: +1 (337) 463-2800  PAGE: 001 OF 001

# Purchase Order

**Purchase Order #**  215857

PO Date  11/10/2016

**Vendor: 118876-1 ELITE SPECIALTY WELDING LLC**
Attn:
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

\*\*\* SHIP TO \*\*\*
4200 HIGHWAY 190 W
DERIDDER, LA 70634

\*\*\* SEND INVOICE TO \*\*\*
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

Vendor Fax (337)463-2800    \*\* Auto Fax \*\*

| Item/Stock # | Quantity | Description | Price | UOM | Due Date |
|---|---|---|---|---|---|
| | | **[A/P Terms:Net 30 Days] [Ship Via:Best Way] [Freight Terms:Prepaid/add] [F.O.B:Delivered]** | | | |
| | 1 | Mechanical labor for the Nov. 16 2016 Outage | 7,959.00 | Job: | 11/16/2016 |
| | | Acct # 52-0-680-0000-650-21 | | | |
| | 1 | 1571223 - MK-54 , replace mk-32a | | | |
| | | 1573214 - west hot stock pump; cut and weld leak on suction line | | | |
| | | 1573069 - blk liquor to digestors pump; fab and install spool piece | | | |
| | | 1573069 - clean condensate tank | | | |
| | | 1573004 - #2 blow tank, install 4" slip blind | | | |

**PO Type : Contract**
**Time and Material**

RATES AND TERMS AND CONDITIONS PER CURRENT CONTRACT ON FILE.

NOTICE: TO ENSURE TIMELY PAYMENT, MATERIAL AND LABOR MUST BE SHOWN SEPARATELY ON ALL
SERVICE AND REPAIR INVOICES.  YOUR INVOICE MUST INDICATE PARTIAL OR FINAL BILLING.

THE LOUISIANA LEGISLATURE PASSED LEGISLATION ON JUNE 5, 1997, ACT 315, WHICH REQUIRES
CONTRACTS TO RECITE IN WRITING THE STATUTORY EMPLOYER STATUS OF THE PARTIES HERETO.
THE GOVERNOR SIGNED THE LEGISLATION ON JUNE 17, 1997, AND IT BECAME EFFECTIVE ON THAT DATE
(THE "ACT").  PCA/BOISE (AS PRINCIPAL EMPLOYER UNDER THE ACT) AND THE CONTRACTOR (AS DIRECT
EMPLOYER) MUTUALLY AGREE THAT IT IS THEIR INTENTION TO RECOGNIZE PCA/BOISE AS THE
STATUTORY EMPLOYER OF THE CONTRACTOR'S EMPLOYEES UNDER THE ACT WHILE CONTRACTOR'S
EMPLOYEES ARE PROVIDING WORK AND/OR SERVICES TO PCA/BOISE UNDER THIS AGREEMENT.  THE
PARTIES AGREE THAT PCA/BOISE IS A STATUTORY EMPLOYER ONLY FOR PURPOSES OF THE ABOVE-
REFERENCED ACT.
\*\*

Please sign this po and return a copy, retaining a copy for your records.

_____
Signature and Date

**Sales Tax**
☑ DO NOT CHARGE SALES TAX
  DIRECT PAY PERMIT:
  CERT. NO.
  **2035234-001/DP**
☐ CHARGE SALES TAX

This P.O. is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca



Packaging Corporation of America
Phone #    (337)462-4143
Fax #      (337)462-4305
Contact    Williams, Brock
Email      BrockWilliams@packagingcorp.com
By         _____

Requisitioner  Smith, Lori
WO #           1571223
Req #          285510

Printed By:
Williams, Brock
11/10/2016 2:35 Pm

**Purchase Order # 215857**

Page 1 of 1

tabbies<sup>®</sup>

EXHIBIT
A-2

PCA
PACKAGING CORPORATION OF AMERICA

# EXHIBIT A-3

## PCA'S STANDARD TERMS AND CONDITIONS



# Purchase Order Terms and Conditions

## 1. INTEGRATION

Purchases by Packaging Corporation of America and its subsidiaries and affiliates; including Boise White Paper, L.L.C.; Boise Packaging & Newsprint, L.L.C.; Boise Paper Holdings, L.L.C.; BCT Inc.; Hexacomb Corporation; and Hexacomb Canada Corp. ("PCA"), are governed by these terms and conditions, unless the parties have entered into a mutually executed written master agreement stating applicable terms and conditions. Seller agrees to sell, and PCA agrees to buy, the goods, articles, materials, or services ("Goods") described on a PCA Purchase Order ("PO") for the price, at the time, and on the terms of payment shown on the PO. This PO and the provisions of any drawings, prints, plans, descriptions, specifications, samples, data, and other documents expressly referred to therein and adopted by reference ("Documents") constitute the entire agreement and supersede all proposals, negotiations, and counterproposals.

## 2. CONTROLLING TERMS

PCA objects to the inclusion of any different or additional terms by Seller in Seller's acceptance of this PO. If Seller includes or attaches any different or additional terms in Seller's purported acceptance, commences performance, or tenders the Goods, a contract of sale will result upon the terms and conditions as stated herein, without inclusion of any different or additional terms and conditions.

## 3. QUALITY

All Goods furnished must strictly conform to the Documents and must be of the quality specified. No deviation or substitution is permitted without the prior written consent of PCA. In the event no quality is specified, the Goods must be at least equal to the standards of the industry. PCA shall have the right at all times during the performance of this PO to conduct such tests and inspections as it deems necessary to assure Seller's compliance with this PO. PCA will be supplied, as needed, data, drawings, specifications, test results, quality documentation, schedules, and other documents and information.

## 4. PRICE AND DISCOUNTS

The price set forth on the PO is not subject to escalation unless an escalation formula is expressly provided for on the face of the PO. Payment terms are net 45 days unless otherwise agreed. If a prompt payment discount is provided for on the PO, the discount period begins when the Goods or invoices are received, whichever is later, provided the



period will be extended for delays caused by errors in invoicing or good faith disputes over the accuracy of the invoice. PCA may, prior to making any payment due under this PO, require Seller to deliver lien waivers from itself and each of its subcontractors and materialmen for Goods previously delivered. Any request for payment issued more than six months after the date of delivery of the goods or services will not be honored.

## 5. CHANGES

Changes may be made by PCA at any time in the character or quantity of Goods to be furnished hereunder by written change order signed by the same authority executing this PO for PCA. The price specified on the PO shall be adjusted pro rata if the change is in quantity, or by mutual agreement if the character or Goods or other terms are changed so as to increase or decrease the cost to Seller. Upon PCA's request, Seller shall provide satisfactory evidence from which adjustments based on cost can be determined.

## 6. DELAY

Time is of the essence to this PO. At the outset of any delay from any cause, including Force Majeure, Seller shall immediately notify PCA in writing of the delay or anticipated delay and shall undertake to shorten the delay by all reasonable means. If such delay is caused by Force Majeure, the costs of shortening the delays shall be paid by PCA to the extent such costs are attributed to action authorized by PCA. If the delay is from any other cause, Seller shall be solely responsible for the costs of overcoming delays.

## 7. FORCE MAJEURE

Neither party shall be liable for any delay or failure to deliver or accept any or all of the Goods where such delay or failure is caused by fire, flood, other act of God, act of war, labor disturbance, or other event beyond such party's control ("Force Majeure"). Where only a portion of Seller's capacity to perform is so impaired, Seller shall make a fair allocation of its remaining production among the various customers then under contract for similar Goods during the period. If this PO is for Goods to be used in the regular production of PCA's facility, PCA may at its option delete the undelivered goods from this PO or appropriately extend the time for performance of this PO.

## 8. INDEMNITY

Seller agrees to indemnify, defend, and hold harmless PCA, any contractor, agent, or employee of PCA, from and against all claims, demands losses, damages, actions, or liability of any kind, including attorneys' fees, (collectively a "Loss"), where such Loss has resulted from, pertains to, or has arisen out of, Seller's, or those for whom Seller is responsible, performance of the Goods or any on-site activities, including, but not limited to, any negligent acts, omissions to act, or willful misconduct, whether active or passive, on the part of Seller, or those whom Seller is responsible.

## 9. SITE WORK

If Seller is to perform any work, including supervision of installation, at the site of construction or at the office or on property of PCA, Seller shall carry at Seller's own

expense: (a) Workers' Compensation Insurance as required by statute, (b) Contractor's Comprehensive General Liability Insurance, with limits for bodily injury and property damage of not less than $2,000,000 per occurrence, which policy shall include premises and operation coverage, blanket contractual coverage, Owner's and Contractor's protective coverage, and completed operations coverage; and (c) Comprehensive Automobile Liability with limits for bodily injury and property damage of not less than $2,000,000 per occurrence, which policy shall include owned, nonowned, and hired autos. At PCA's request, Seller shall also carry explosion, collapse, and underground coverage under its Comprehensive General Liability policy and Excess Liability in amounts specified by PCA. Seller shall, prior to commencing work, provide PCA with certificates evidencing all such coverages from insurance companies acceptable to PCA. Such certificates shall (a) except for the Workers' Compensation insurance, name PCA, its subsidiaries, affiliates, directors, officers, and employees as additional insureds with respect to liability, or any claims of liability, arising out of the work performed by Seller per standard form endorsement CG 20 10. Such insurance shall provide a waiver of subrogation in favor of the certificate holder and shall be primary and noncontributory. The parties intend this provision to be an express waiver of immunity under any applicable Workers' Compensation laws; (b) provide on its face that the policies it represents will not be terminated, amended, or allowed to expire without 30 days' prior written notice to PCA; and (c) provide on its face that the policies it represents contain severability of interests clause, generally providing, "the insurance afforded applies separately to each insured against whom claim is made or suit is brought, except with respect to the limits of the company's liability."

Seller hereby warrants and represents that it has inspected the work site and is familiar with all working conditions which exist there, including subsurface conditions, and that it has made due allowance for such conditions in its price calculation and estimate of time for completion. Unless otherwise instructed by PCA, Seller will provide for receipt, unloading, storage, and protection of all materials for the work whether such materials are purchased by Seller or PCA. Seller shall at all times keep the work site reasonably neat and clean and upon completion shall remove and dispose of all rubbish, trash, and refuse. Seller shall be responsible for the proper use and storage of all Hazardous Substances, as defined by 40 C.F.R. 302.3, and all Hazardous Chemicals, as defined by 29 C.F.R. 1910.1200. Seller shall not generate any Hazardous Wastes, as defined by 40 C.F.R. 261.3, on site, without prior written authorization from PCA. In the event Seller generates such Hazardous Waste, Seller must notify PCA of the type and quantity and arrange with PCA for proper storage and disposal, at Seller's sole expense. Seller shall at all times coordinate its work and cooperate with the forces of other contractors on the work site and PCA's own forces. Seller shall at all times conduct itself in a safe and prudent manner in compliance with all applicable federal, state, and local safety laws, rules, and regulations, and all safety rules of PCA, including PCA's drug and alcohol policy. Seller's relationship to PCA under this PO shall be that of an independent contractor. Seller shall not be deemed to be or hold itself out to be the agent or employee of PCA for any purpose.

For Louisiana Work Only, the following shall apply: The Louisiana Legislature passed legislation on June 5, 1997, Act 315, which requires contracts to recite in writing the

"statutory employer" status of the parties hereto. The Governor signed the legislation on June 17, 1997, and it became effective on that date (the "Act"). PCA (as principal employer under the Act) and the Seller (as direct employer) mutually agree that it is their intention to recognize PCA as the statutory employer of the Seller's employees under the Act while Seller's employees are providing work and/or services to PCA under this Agreement. The parties agree that PCA is a statutory employer only for purposes of the above-referenced Act.

## 10. SHIPPING

Unless otherwise expressly provided, Seller shall be obligated to make delivery F.O.B. PCA's premises as designated. Seller will indicate plainly the PO number on all bills of lading, invoices, and freight bills. Each package or shipment must contain a memorandum showing Seller's name, contents of package, and PO number. Partial shipments must be identified as such on shipping memoranda and invoices. When shipping, Seller will make no declaration of value to carrier except where shipment is subject to released value rating.

## 11. AMERICAN STANDARDS

Seller warrants that in furnishing the Goods hereunder, all applicable American standards (including, but not limited to, ANSI, ASME, ASTM, and NEMA) have been complied with at the time of delivery. When Goods purchased hereunder are to be manufactured or produced outside the United States or its territories, Seller shall furnish, at PCA's request, documents stating the foreign manufacturers' or producers' names and addresses and containing written assurances of compliance with American standards.

## 12. LAWS

Seller shall, in its performance of this PO, comply with all applicable federal, state, and local statutes, rules of law, ordinances, regulations, and regulatory orders, including, but not limited to, the Lacey Act, 16 U.S.C. 3371 et seq., the Fair Labor Standards Act of 1938, as amended, Walsh-Healy Act, Robinson-Patman Act, applicable state Workers' Compensation laws, state and federal Occupational Safety and Health Acts, all laws regarding slave labor and human trafficking in the country or countries in which Seller does business, and all rules and regulations passed pursuant thereto, which are incorporated herein by this reference. Seller agrees to be subject to all applicable contract clauses required by federal, state, or local law, rule, or regulation to be included in this PO, including, but not limited to, the following clauses, which are incorporated herein by this reference: Equal Opportunity Clause (41 CFR 60.1.4); Affirmative Action Clause for Disabled Veterans and Veterans of the Vietnam Era (41 CFR 60-250.5, 60-300.5; 29 CFR Part 470); Affirmative Action Clause for Handicapped Workers (41 CFR 60-741.4); and the Certification of Nonsegregated Facilities Clause (41 CFR 60.1.8; 41 CFR 1-12.803.10). In addition, Seller agrees and certifies, if applicable, that it has developed a written affirmative action compliance program (41 CFR 60-1.40(a)) and annually files Standard Form 100 (EEO-1) (41 CFR 60-1.7 (a)).

Seller represents and warrants that in compliance with the Lacey Act, 16 U.S.C. 3371 et seq., all wood, wood fiber, chips, wood pulp, paper and paperboard products, or other

plants, plant products or derivatives thereof (collectively, "Plants") comprising all or part of, or an ingredient in, the Goods sold in these Documents were harvested, taken, possessed, transported and sold in compliance with the laws of the countries in which the Plants were harvested, taken, possessed, transported or sold. For Plants sourced in the United States, such laws include all federal, state and other applicable laws.

## 13. FINAL ACCEPTANCE

On completion of this PO, Seller shall cooperate in carrying out any tests PCA deems necessary to determine the proper functioning and general performance of the Goods and, at its own cost, shall make any adjustments and changes required to the end that an efficient and fully operative project will result. Final acceptance by PCA will be conditional upon fulfillment of this requirement.

## 14. TERMINATION FOR CAUSE OR CONVENIENCE

In the event of default, bankruptcy, insolvency, or failure or inability of Seller to perform, PCA may terminate this PO for cause, and in the event of such termination, PCA shall pay Seller (a) the unit price for each item of Goods properly furnished and accepted prior to cancellation, plus (b) the salvage value of Goods in process of manufacture, including unused materials, which are identified to and being manufactured or fabricated specifically for this PO which shall be promptly delivered to PCA, but in no event shall the amount payable exceed the contract price, less the cost to PCA of completion or procurement of substitute conforming Goods, less other damages, and less any payments previously made. Additionally, this PO is subject to cancellation at the option of PCA. Where the PO is canceled for the convenience of PCA, Seller shall be paid (a) the unit price for each item of Goods properly furnished and accepted prior to cancellation, plus (b) the cost of Goods in process of manufacture, including unused materials, which are identified as being manufactured or fabricated specially for this PO which shall be promptly delivered to PCA, plus (c) overhead and profit allocable to specialized Goods in process of manufacture, but in no event shall the amount payable exceed the contract price, less any payments previously made.

## 15. CONFIDENTIALITY

Seller, on behalf of itself and its employees, agrees that any ideas, know-how, concepts, information, or processes received from PCA or created by Seller in connection with the performance of this PO shall be the property of PCA and shall be preserved in strictest confidence by Seller and shall not be used or disclosed by Seller to third persons except to the extent that such use or disclosure is necessary for the proper performance of this PO. If disclosure to third persons is necessary, Seller shall ensure that such third persons hold such information in strictest confidence.

## 16. ASSIGNMENT

This PO and money due hereunder may not be assigned without prior written consent of PCA. Any attempted assignment without PCA's consent shall be void.

## 17. GOVERNING LAW

Except where inconsistent with the terms and conditions contained herein, this PO shall be governed by the Uniform Commercial Code provisions applicable to transactions in goods ("UCC"), regardless of whether this PO is characterized as a transaction in goods or a transaction in services. This PO shall be interpreted and enforced under the laws of the state in which this PO is issued, provided that Illinois law shall apply if issued in a state which has not adopted the UCC.

## 18. MASTER CONTRACT

If this PO is issued as shipping instructions (and/or release document) pursuant to the terms of an existing contract between PCA and seller, this PO shall be governed exclusively by the terms of such existing contract.

## 19. HAZARD COMMUNICATION STANDARD

If the Goods sold hereunder are subject to the OSHA Hazard Communication Standard, 20 CFR Part 1910, or to such other state hazard communications laws, regulations, or standards as OSHA may have approved (the "Standard"), Seller shall provide PCA with a complete and accurate Material Safety Data Sheet for each of the Goods sold hereunder and shall label each of the Goods as required by the Standard. Seller's failure to supply such Sheet or to so label the Goods shall be deemed to constitute Seller's warranty, representation, and covenant that each of the Goods sold hereunder is exempt from the Standard.

## 20. PROPOSITION 65

Seller warrants that all Goods sold hereunder will not, under normal conditions of shipment, storage, or use, cause any person to be exposed to a chemical which is a carcinogen or a reproductive toxin listed under the California Safe Drinking Water and Toxic Enforcement Act of 1986 in quantities which would require that a warning be given prior to such exposure under the Act.

## 21. MODIFICATIONS AND AMENDMENTS

No waivers, amendments, or modifications of any of the terms or conditions of the PO shall be valid unless reduced to writing and signed by both parties. The terms and conditions of this PO shall not be amended or modified by the course of performance or course of dealing between the parties.

## 22. MUTUALITY

All debts and obligations of PCA and Seller to each other are mutual and subject to setoff. For purposes of this paragraph, "PCA" and "Seller" shall be deemed to include each party's respective subsidiaries and affiliates which directly or indirectly control or are controlled by that party through 100% equity ownership.

## 23. WOOD FIBER CHAIN OF CUSTODY

If any of the Goods supplied under this PO has a wood fiber component intended for incorporation into a product sold by PCA, then PCA and Seller incorporate the supplemental terms and conditions set out in the Addendum for Wood Fiber Goods, posted to: http://www. packagingcorp.com/addendum-for-wood-fiber-goods to be integrated with the terms and conditions set out here in this PO.

Revised August 2014

# EXHIBIT A-4

## PURCHASE ORDER #217370

# Purchase Order

**Purchase Order #**    **217370**

PO Date  01/04/2017

**Vendor:** 118876-1 ELITE SPECIALTY WELDING LLC
Attn: Michael Cunningham
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

\*\*\* SEND INVOICE TO \*\*\*
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA  70634
DERAccountsPayable@packagingcorp.com

Vendor Fax (337)463-2800        (000)000-0000

\*\*\* SHIP TO \*\*\*
4200 HIGHWAY 190 W
DERIDDER, LA  70634

| Item/Stock # | Quantity | Description | PO Type : Contract | Time and Material | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | | [A/P Terms:Net 30 Days] [Ship Via:Best Way] [Freight Terms:Prepaid/add] [F.O.B:Delivered] | | | | | |
| 1 | 1 | Provide maintenance assistance to repair piping to the Clean Condensate tank in the Pulp Mill duringthe Big Line 2017 Annual Outage | | Acct #52-0-690-0098-650-21 | 3,494.00 | Each | 02/05/2017 |

Pricing per Quote # 009735 dated 12/28/16

THIS PURCHASE ORDER IS GOVERNED BY A MASTER SERVICE AGREEMENT FOR CONSTRUCTION DATED 8/18/14 CURRENTLY IN EFFECT BETWEEN THE PURCHASE ORDER VENDOR AND PACKAGING CORPORATION OF AMERICA. THE MASTER SERVICE AGREEMENT IS A PART OF THIS PURCHASE ORDER.
\*\*\*\*

THE PCA DERIDDER MILL REQUIRES HARD HATS AND SAFETY GLASSES TO BE WORN BY ALLCONTRACTORS AND VISITORS AT ALL TIMES IN ALL AREAS OF THE MILL EXCEPT WHERE DESIGNATED EXEMPT. ALLPPE MUST BE ANSI/ISEA APPROVED.
\*\*\*\*

THE PCA DERIDDER MILL IS ALSO A SMOKE FREE WORKPLACE. SMOKINGIS NOT PERMITTED ANYWHERE ON THE PROPERTY INCLUDING PARKING LOTS AND INSIDE VEHICLES.
\*\*\*\*

ANY INDIVIDUAL PERFORMING WORK ON SITE MUST COMPLETE THE DERIDDER MILLS CONTRACTOR SAFETY TRAINING ANNUALLY. THE CONTRACTOR SAFETY ORIENTATION AND INFORMATION PACKET IS AVAILABLE THROUGH THE SECURITY GUARDS AT THE TC GATE OR ONLINE AT THE LINK PROVIDED BELOW. INDIVIDUALS WHO COMPLETE THE TRAINING ONLINE MUST BRING THE COMPLETED PRINTED MATERIAL PACKET TO THE SECURITY GUARDS AT THE TC GATE UPON ARRIVAL. UPON SUCCESSFUL COMPLETION OF THE CONTRACTOR SAFETY TRAINING EACH INDIVIDUAL WILL BE ISSUED A VERIFICATION CARD VALID FOR ONE YEAR.  THIS CARD MUST BE AVAILABLE AT ALL TIMES WHILE ON SITE AND IS SUBJECT TO RANDOM AND UNANNOUNCED SCREENING BY ANY REPRESENTATIVE OF PCA. DIRECT ANY QUESTIONS OR REQUESTS FOR ADDITIONAL INFORMATION CONCERNING THIS SAFETY TRAINING TO THE DERIDDER MILL SAFETY DEPARTMENT AT 337-462-4010 OR 337-462-4140.
\*\*\*\*

TO OBTAIN THE TRAINING ONLINE:
1. GO TO: www.milltraining.com/Deridder/index.asp
2. ENTER PASSWORD: safety
3. PRINT MATERIAL PACKET, FILL OUT AND BRING REQUIRED DOCUMENTATION TO SECURITY GUARD GATE 1 WHEN ARRIVING AT MILL.
4. A VERIFICATION CARD WILL BE ISSUED
\*\*\*\*

ALL CONTRACTORS PERFORMING WORK ON PCA PROPERTY ARE SUBJECT TO RANDOM AND UNANNOUNCED DRUG TESTS.

| Sales Tax | |
|---|---|
| DO NOT CHARGE SALES TAX | ☐ CHARGE SALES TAX |
| ☑ DIRECT PAY PERMIT: | |
| CERT. NO. | |
| **2036234-001/DP** | |

This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Packaging Corporation of America
Phone #    (337)462-4143
Fax #      (337)462-4305
Contact    Williams, Brock
E mail     BrockWilliams@packagingcorp.com
By

**Purchase Order #  217370**
Page 1 of 2

Printed By:
Williams, Brock
01/04/2017 11:16 Am

Requisitioner    Smith, Lori
WO #             1573059
Req #            287513

EXHIBIT
A-4

PCA
PACKAGING CORPORATION OF AMERICA

# Purchase Order

PO Date   01/04/2017

**Purchase Order #   217370**

**Vendor: 118876-1 ELITE SPECIALTY WELDING LLC**
Attn: Michael Cunningham
1929 LAKE CHARLES HWY
DERIDDER, LA 70634

*** SHIP TO ***
4200 HIGHWAY 190 W
DERIDDER, LA 70634

*** SEND INVOICE TO ***
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

Vendor Fax (337)463-2800      (000)000-0000

PO Type : Contract

| Item/Stock # | Quantity | Description | Time and Material | Price | UOM | Due Date |
|---|---|---|---|---|---|---|

Requisitioner   Smith, Lori
WO #   1573059
Req #   287513

Printed By:
Williams, Brock
01/04/2017 11:16 Am

Sales Tax
DO NOT CHARGE SALES TAX
[✓] DIRECT PAY PERMIT:      [ ] CHARGE SALES TAX
CERT. NO.
**2036234-001/DP**
This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Packaging Corporation of America
Phone #   (337)462-4143
Fax #   (337)462-4305
Contact   Williams, Brock
Email   BrockWilliams@packagingcorp.com
By

Purchase Order #   217370
Page 2 of 2

PO Date: 12/1/2016

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC

Attn:
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

Vendor Fax (337)463-2800      ** Emailed **

# *** DRAFT *** Purchase Order *** DRAFT ***

Purchase Order # 216365

*** SHIP TO ***
4200 HIGHWAY 190 W
DERIDDER, LA 70634

*** SEND INVOICE TO ***
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

| Item/Stock # | Quantity | Description | PO Type : Contract | T & M Not To Exceed | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | | | | | | | 2/6/2017 |
| | | [AP Terms:Net 30 Days] [Ship Via:Best Way] [Freight Terms:Prepaid/add] [F.O.B:Delivered] | | | | | |
| 1 | 1 | Service - To replace 36" Valve, Blow Heat Evap. Accumulator Pressure 410-PV -0103 | Acct # 52-0-690-0098-650-21 | | 4,617.00 | Job | |

*** Closed Item ***

PCA to provide valve, stud bolts, gaskets, and crane for lifting valves and material

Pricing per Quote # 009667

THIS PURCHASE ORDER IS GOVERNED BY A MASTER SERVICE AGREEMENT FOR CONSTRUCTION DATED 8/18/14 CURRENTLY IN EFFECT BETWEEN THE PURCHASE ORDER VENDOR AND PACKAGING CORPORATION OF AMERICA. THE MASTER SERVICE AGREEMENT IS A PART OF THIS PURCHASE ORDER. ****

THE PCA DERIDDER MILL REQUIRES HARD HATS AND SAFETY GLASSES TO BE WORN BY ALLCONTRACTORS AND VISITORS AT ALL TIMES IN ALL AREAS OF THE MILL EXCEPT WHERE DESIGNATED EXEMPT. ALLPPE MUST BE ANSI/ISEA APPROVED. ****

THE PCA DERIDDER MILL IS ALSO A SMOKE FREE WORKPLACE.  SMOKINGIS NOT PERMITTED ANYWHERE ON THE PROPERTY INCLUDING PARKING LOTS AND INSIDE VEHICLES. ****

ANY INDIVIDUAL PERFORMING WORK ON SITE MUST COMPLETE THE DERIDDER MILLS CONTRACTOR SAFETY TRAINING ANNUALLY. THE CONTRACTOR SAFETY ORIENTATION AND INFORMATION PACKET IS AVAILABLE THROUGH THE SECURITY GUARDS AT THE TC GATE OR ONLINE AT THE LINK PROVIDED BELOW. INDIVIDUALS WHO COMPLETE THE TRAINING ONLINE MUST BRING THE COMPLETED PRINTED MATERIAL PACKET TO THE SECURITY GUARDS AT THE TC GATE UPON ARRIVAL. UPON SUCCESSFUL COMPLETION OF THE CONTRACTOR SAFETY TRAINING EACH INDIVIDUAL WILL BE ISSUED A VERIFICATION CARD VALID FOR ONE YEAR.  THIS CARD MUST BE AVAILABLE AT ALL TIMES WHILE ON SITE AND IS SUBJECT TO RANDOM AND UNANNOUNCED SCREENING BY ANY REPRESENTATIVE OF PCA. DIRECT ANY QUESTIONS OR REQUESTS FOR ADDITIONAL INFORMATION CONCERNING THIS SAFETY TRAINING TO THE DERIDDER MILL SAFETY DEPARTMENT AT 337-462-4010 OR 337-462-4140.

TO OBTAIN THE TRAINING ONLINE:

Sales Tax
☐ DO NOT CHARGE SALES TAX
☑ DIRECT PAY PERMIT:
CERT. NO.
☐ CHARGE SALES TAX

2036234-001/DP
This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Packaging Corporation of America

Phone #   (337)462-4143
Fax #     (337)462-4305
Contact   Williams, Brock
Email     BrockWilliams@packagingcorp.com
By

Purchase Order # 216365
Page 1 of 2

No Chinese or Indian Steel or castings are to be provided to PCA.  Material Certifications showing test results and country of origin are required on all steel products.

Requisitioner   Bordelon Jr, Charles
WO #            1569351
Req #           286647

Printed By:
Concannon, Tom
8/29/2019 9:50 Am



EXHIBIT
A-5

PO Date  12/1/2016

*** DRAFT *** Purchase Order *** DRAFT ***

Purchase Order #      216365

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC

Attn:
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

*** SHIP TO ***
4200 HIGHWAY 190 W
DERIDDER, LA 70634

*** SEND INVOICE TO ***
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

Vendor Fax  (337)463-2800        ** Emailed **

| Item/Stock # | Quantity | Description | PO Type : Contract | T & M Not To Exceed | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | | [A/P Terms:Net 30 Days] [Ship Via:Best Way] [Freight Terms:Prepaid/add] [F.O.B:Delivered] | | | | | |
| 1 | 1 | Service - To replace 36" Valve. Blow Heat Evap. Accumulator Pressure 410-PV -0103 | Acct # 52-0-690-0098-650-21 | | 4,617.00 | Job | 2/6/2017 |

*** Closed Item ***

PCA to provide valve, stud bolts, gaskets, and crane for lifting valves and material

Pricing per Quote # 009967

THIS PURCHASE ORDER IS GOVERNED BY A MASTER SERVICE AGREEMENT FOR CONSTRUCTION DATED 8/18/14 CURRENTLY IN EFFECT BETWEEN THE PURCHASE ORDER VENDOR AND PACKAGING CORPORATION OF AMERICA. THE MASTER SERVICE AGREEMENT IS A PART OF THIS PURCHASE ORDER.
****

THE PCA DERIDDER MILL REQUIRES HARD HATS AND SAFETY GLASSES TO BE WORN BY ALLCONTRACTORS AND VISITORS AT ALL TIMES IN ALL AREAS OF THE MILL EXCEPT WHERE DESIGNATED EXEMPT. ALLPPE MUST BE ANSI/ISEA APPROVED.
****

THE PCA DERIDDER MILL IS ALSO A SMOKE FREE WORKPLACE. SMOKINGIS NOT PERMITTED ANYWHERE ON THE PROPERTY INCLUDING PARKING LOTS AND INSIDE VEHICLES.
****

ANY INDIVIDUAL PERFORMING WORK ON SITE MUST COMPLETE THE DERIDDER MILLS CONTRACTOR SAFETY TRAINING ANNUALLY. THE CONTRACTOR SAFETY ORIENTATION AND INFORMATION PACKET IS AVAILABLE THROUGH THE SECURITY GUARDS AT THE TC GATE OR ONLINE AT THE LINK PROVIDED BELOW. INDIVIDUALS WHO COMPLETE THE TRAINING ONLINE MUST BRING THE COMPLETED PRINTED MATERIAL PACKET TO THE SECURITY GUARDS AT THE TC GATE UPON ARRIVAL. UPON SUCCESSFUL COMPLETION OF THE CONTRACTOR SAFETY TRAINING EACH INDIVIDUAL WILL BE ISSUED A VERIFICATION CARD VALID FOR ONE YEAR. THIS CARD MUST BE AVAILABLE AT ALL TIMES WHILE ON SITE AND IS SUBJECTED TO RANDOM AND UNANNOUNCED SCREENING BY ANY REPRESENTATIVE OF PCA. DIRECT ANY QUESTIONS OR REQUESTS FOR ADDITIONAL INFORMATION CONCERNING THIS SAFETY TRAINING TO THE DERIDDER MILL SAFETY DEPARTMENT AT 337-462-4010 OR 337-462-4140.

TO OBTAIN THE TRAINING ONLINE:

Sales Tax
DO NOT CHARGE SALES TAX
☑ DIRECT PAY PERMIT:
CERT. NO.
2036234-001/DP        ☐ CHARGE SALES TAX

This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Packaging Corporation of America

Phone #   (337)462-4143
Fax #     (337)462-4305
Contact   Williams, Brock
Email     BrockWilliams@packagingcorp.com
By        _____

Purchase Order # 216365
Page 1 of 2

Requisitioner   Bordelon Jr, Charles
WO #            1569351
Req #           286647

Printed By:
Concannon, Tom
8/29/2019 9:50 Am

No Chinese or Indian Steel or castings are to be provided to PCA. Material Certifications showing test results and country of origin are required on all steel products.

*** DRAFT *** Purchase Order *** DRAFT ***

PO Date   12/1/2016

Purchase Order #   216365

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC

Attn:
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

*** SHIP TO ***
4200 HIGHWAY 190 W
DERIDDER, LA 70634

*** SEND INVOICE TO ***
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

Vendor Fax (337)463-2800          ** Emailed **

| Item/Stock # | Quantity | Description | PO Type : Contract | T & M Not To Exceed | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | | 1. GO TO: www.milltraining.com/Deridder/index.asp | | | | | |
| | | 2. ENTER PASSWORD: safety | | | | | |
| | | 3. PRINT MATERIAL PACKET, FILL OUT AND BRING REQUIRED DOCUMENTATION TO SECURITY GUARD | | | | | |
| | | GATE 1 WHEN ARRIVING AT MILL | | | | | |
| | | 4. A VERIFICATION CARD WILL BE ISSUED | | | | | |
| | | **** | | | | | |
| | | ALL CONTRACTORS PERFORMING WORK ON PCA PROPERTY ARE SUBJECT TO RANDOM AND | | | | | |
| | | UNANNOUNCED DRUG TESTS. | | | | | |

Sales Tax
☐ DO NOT CHARGE SALES TAX
☑ DIRECT PAY PERMIT:          ☐ CHARGE SALES TAX
CERT. NO.
**2036234-001/DP**

This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Packaging Corporation of America

Phone #   (337)462-4143
Fax #      (337)462-4305
Contact    Williams, Brock
Email      BrockWilliams@packagingcorp.com
By         _____

Purchase Order # 216365
Page 2 of 2

Requisitioner   Bordelon Jr, Charles
WO #            1569351
Req #           286647

Printed By:
Concannon, Tom
8/29/2019 9:50 Am

No Chinese or Indian Steel or castings are to be provided to PCA.  Material Certifications showing test results and country of origin are required on all steel products.

*** DRAFT *** Purchase Order *** DRAFT ***

PO Date: 12/1/2016

Purchase Order #   216366

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC

Attn:
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

*** SEND INVOICE TO ***
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

Vendor Fax  (337)463-2800          ** Emailed **

| Item/Stock # | Quantity | Description | PO Type : Contract | T & M Not To Exceed | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | | [A/P Terms:Net 30 Days] [Ship Via:Best Way] [Freight Terms:Prepaid/add] [F.O.B:Delivered] | | | | | |
| 1 | 1 | Service - To replace 18" Valve, Valve, BHE 1st Effect Evap. Hot Cond. Flow, 410-FV-0109, During Pulp Mill 2017 Annual Outage | Acct # 52-0-690-0098-650-21 | | 3,395.00 | Job | 2/6/2017 |

*** Closed Item ***

Pricing per Quote # 009665

PCA to provide valve, stud bolts, and gaskets

Contractor is to provide means of lifting and moving valves (carrydeck crane, etc)

THIS PURCHASE ORDER IS GOVERNED BY A MASTER SERVICE AGREEMENT FOR CONSTRUCTION DATED 8/18/14 CURRENTLY IN EFFECT BETWEEN THE PURCHASE ORDER VENDOR AND PACKAGING CORPORATION OF AMERICA. THE MASTER SERVICE AGREEMENT IS A PART OF THIS PURCHASE ORDER.
****

THE PCA DERIDDER MILL REQUIRES HARD HATS AND SAFETY GLASSES TO BE WORN BY ALL CONTRACTORS AND VISITORS AT ALL TIMES IN ALL AREAS OF THE MILL EXCEPT WHERE DESIGNATED EXEMPT. ALL PPE MUST BE ANSI/ISEA APPROVED.
****

THE PCA DERIDDER MILL IS ALSO A SMOKE FREE WORKPLACE.  SMOKING IS NOT PERMITTED ANYWHERE ON THE PROPERTY INCLUDING PARKING LOTS AND INSIDE VEHICLES.
****

ANY INDIVIDUAL PERFORMING WORK ON SITE MUST COMPLETE THE DERIDDER MILLS CONTRACTOR SAFETY TRAINING ANNUALLY. THE CONTRACTOR SAFETY ORIENTATION AND INFORMATION PACKET IS AVAILABLE THROUGH THE SECURITY GUARDS AT THE TC GATE OR ONLINE AT THE LINK PROVIDED BELOW.  INDIVIDUALS WHO COMPLETE THE TRAINING ONLINE MUST BRING THE COMPLETED PRINTED MATERIAL PACKET TO THE SECURITY GUARDS AT THE TC GATE UPON ARRIVAL.  UPON SUCCESSFUL COMPLETION OF THE CONTRACTOR SAFETY TRAINING EACH INDIVIDUAL WILL BE ISSUED A VERIFICATION CARD VALID FOR ONE YEAR.  THIS CARD MUST BE AVAILABLE AT ALL TIMES WHILE ON SITE AND IS SUBJECT TO RANDOM AND UNANNOUNCED SCREENING BY ANY REPRESENTATIVE OF PCA. DIRECT ANY QUESTIONS OR REQUESTS FOR ADDITIONAL INFORMATION CONCERNING THIS SAFETY

Sales Tax
☑ DO NOT CHARGE SALES TAX
☐ DIRECT PAY PERMIT:
CERT. NO.
☐ CHARGE SALES TAX

2036234-001/DP

This P.O. is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Packaging Corporation of America

Phone #    (337)462-4143
Fax #      (337)462-4305
Contact    Williams, Brock
Email      BrockWilliams@packagingcorp.com
By

Requisitioner   Bordelon Jr, Charles
WO #            1565557
Req #           286650

Printed By:
Concannon, Tom
8/29/2019 9:50 Am

Purchase Order #  216366
Page 1 of 2

No Chinese or Indian Steel or castings are to be provided to PCA. Material Certifications showing test results and country of origin are required on all steel products.

*** DRAFT *** Purchase Order *** DRAFT ***

PO Date    12/1/2016

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC

Attn:
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

Vendor Fax (337)463-2800          ** Emailed **

Purchase Order #    216366

*** SEND INVOICE TO ***
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

*** SHIP TO ***
4200 HIGHWAY 190 W
DERIDDER, LA 70634

| Item/Stock # | Quantity | Description | PO Type : Contract | T & M Not To Exceed | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | | TRAINING TO THE DERIDDER MILL SAFETY DEPARTMENT AT 337-462-4010 OR 337-462-4140. | | | | | |
| | | TO OBTAIN THE TRAINING ONLINE:<br>1. GO TO: www.milltraining.com/Deridder/index.asp<br>2. ENTER PASSWORD: safety<br>3. PRINT MATERIAL PACKET, FILL OUT AND BRING REQUIRED DOCUMENTATION TO SECURITY GUARD GATE 1 WHEN ARRIVING AT MILL<br>4. A VERIFICATION CARD WILL BE ISSUED<br>**** | | | | | |
| | | ALL CONTRACTORS PERFORMING WORK ON PCA PROPERTY ARE SUBJECT TO RANDOM AND UNANNOUNCED DRUG TESTS. | | | | | |

Requisitioner    Bordelon Jr, Charles
WO #             1565557
Req #            286650

Printed By:
Concannon, Tom
8/29/2019 9:50 Am

Sales Tax
DO NOT CHARGE SALES TAX
☑ DIRECT PAY PERMIT:
CERT. NO.
2036234-001/DP
☐ CHARGE SALES TAX

Packaging Corporation of America
Phone #    (337)462-4143
Fax #      (337)462-4305
Contact    Williams, Brock
Email      BrockWilliams@packagingcorp.com
By

Purchase Order # 216366
Page 2 of 2

This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

No Chinese or Indian Steel or castings are to be provided to PCA. Material Certifications showing test results and country of origin are required on all steel products.

PO Date   12/9/2016

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC

*** DRAFT *** Purchase Order *** DRAFT ***

Purchase Order #   216685

Attn:
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

*** SHIP TO ***
4200 HIGHWAY 190 W
DERIDDER, LA  70634

*** SEND INVOICE TO ***
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

Vendor-Fax (337)463-2800      **Emailed**

| Item/Stock # | Quantity | Description | PO Type : Contract | Time and Material | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | | | | Acct # 52-0-690-0098-650-22 | | | |
| 1 | 1 | Provide Mechanical support to reroute Hot Water Tank over flow to Blow Heat sewer during the 2017 Annual Outage | | | 8,646.00 | Each | 2/6/2017 |

[A/P Terms:Net 30 Days] [Ship Via:Best Way] [Freight Terms:Prepaid/add] [F.O.B:Delivered]

*** Closed Item ***

Pricing per Quote # 009695

THIS PURCHASE ORDER IS GOVERNED BY A MASTER SERVICE AGREEMENT FOR CONSTRUCTION DATED 8/18/14 CURRENTLY IN EFFECT BETWEEN THE PURCHASE ORDER VENDOR AND PACKAGING CORPORATION OF AMERICA. THE MASTER SERVICE AGREEMENT IS A PART OF THIS PURCHASE ORDER.
****

THE PCA DERIDDER MILL REQUIRES HARD HATS AND SAFETY GLASSES TO BE WORN BY ALLCONTRACTORS AND VISITORS AT ALL TIMES IN ALL AREAS OF THE MILL EXCEPT WHERE DESIGNATED EXEMPT. ALLPPE MUST BE ANSI/ISEA APPROVED.
****

THE PCA DERIDDER MILL IS ALSO A SMOKE FREE WORKPLACE.  SMOKINGIS NOT PERMITTED ANYWHERE ON THE PROPERTY INCLUDING PARKING LOTS AND INSIDE VEHICLES.
****

ANY INDIVIDUAL PERFORMING WORK ON SITE MUST COMPLETE THE DERIDDER MILLS CONTRACTOR SAFETY TRAINING ANNUALLY. THE CONTRACTOR SAFETY ORIENTATION AND INFORMATION PACKET IS AVAILABLE THROUGH THE SECURITY GUARDS AT THE TC GATE OR ONLINE AT THE LINK PROVIDED BELOW. INDIVIDUALS WHO COMPLETE THE TRAINING ONLINE MUST BRING THE COMPLETED PRINTED MATERIAL PACKET TO THE SECURITY GUARDS AT THE TC GATE UPON ARRIVAL.  UPON SUCCESSFUL COMPLETION OF THE CONTRACTOR SAFETY TRAINING EACH INDIVIDUAL WILL BE ISSUED A VERIFICATION CARD VALID FOR ONE YEAR.  THIS CARD MUST BE AVAILABLE AT ALL TIMES WHILE ON SITE AND IS SUBJECT TO RANDOM AND UNANNOUNCED SCREENING BY ANY REPRESENTATIVE OF PCA. DIRECT ANY QUESTIONS OR REQUESTS FOR ADDITIONAL INFORMATION CONCERNING THIS SAFETY TRAINING TO THE DERIDDER MILL SAFETY DEPARTMENT AT 337-462-4010 OR 337-462-4140.

TO OBTAIN THE TRAINING ONLINE:
1. GO TO: www.milltraining.com/Deridder/index.asp
2. ENTER PASSWORD: safety

Sales Tax
☐ DO NOT CHARGE SALES TAX
☑ DIRECT PAY PERMIT:     ☐ CHARGE SALES TAX
CERT. NO.
2036234-001/DP
This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Packaging Corporation of America

| | |
|---|---|
| Phone # | (337)462-4143 |
| Fax # | (337)462-4305 |
| Contact | Williams, Brock |
| Email | BrockWilliams@packagingcorp.com |
| By | |

Purchase Order #  216685

Page 1 of 2

Requisitioner    Smith, Lori
WO #              1571561
Req#              287103

Printed By:
Concannon, Tom
8/29/2019 9:50 Am

PCA
PACKAGING CORPORATION OF AMERICA

No Chinese or Indian Steel or castings are to be provided to PCA.  Material Certifications showing test results and country of origin are required on all steel products.

PO Date   12/9/2016

## *** DRAFT *** Purchase Order *** DRAFT ***

Purchase Order #      216685

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC

Attn:
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

*** SHIP TO ***
4200 HIGHWAY 190 W
DERIDDER, LA  70634

*** SEND INVOICE TO ***
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA  70634
DERAccountsPayable@packagingcorp.com

Vendor Fax  (337)463-2800          **Emailed**

| Item/Stock # | Quantity | Description | PO Type : Contract | Time and Material | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | | 3. PRINT MATERIAL PACKET, FILL OUT AND BRING REQUIRED DOCUMENTATION TO SECURITY GUARD GATE 1 WHEN ARRIVING AT MILL | | | | | |
| | | 4. A VERIFICATION CARD WILL BE ISSUED **** | | | | | |
| | | ALL CONTRACTORS PERFORMING WORK ON PCA PROPERTY SUBJECT TO RANDOM AND UNANNOUNCED DRUG TESTS. | | | | | |

Requisitioner   Smith, Lori
WO #             1571561
Req #            287103

Printed By:
Concannon, Tom
8/29/2019 9:50 Am

Packaging Corporation of America
Phone #   (337)462-4143
Fax #     (337)462-4305
Contact   Williams, Brock
Email     BrockWilliams@packagingcorp.com
By        _____

Purchase Order #  216685
Page 2 of 2

Sales Tax
☑ DO NOT CHARGE SALES TAX
☐ DIRECT PAY PERMIT:    ☐ CHARGE SALES TAX
   CERT. NO.

**2036234-001/DP**

This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

No Chinese or Indian Steel or castings are to be provided to PCA.  Material Certifications showing test results and country of origin are required on all steel products.

**\*\*\* COPY ONLY \*\*\* Purchase Order \*\*\* COPY ONLY \*\*\***

PO Date  12/12/2016

Purchase Order #   216732

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC

Attn: Mike Cunningham
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

\*\*\* SHIP TO \*\*\*
4200 HIGHWAY 190 W
DERIDDER, LA 70634

\*\*\* SEND INVOICE TO \*\*\*
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

Vendor Fax  (337)463-2800                    (000)000-0000

| Item/Stock # | Quantity | Description | PO Type : Contract | Time and Material | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | | [A/P Terms:Net 30 Days] [Ship Via:Best Way] [Freight Terms:Prepaid/add] [F.O.B:Delivered] | | | | | |
| 1 | 1 | Install tie ends and valves to transfer Liquor from Big Line to Little Line and bypass big line Knot Tank. Piping will be install at a later time. | Acct # 52-0-690-0098-650-21 | | 13,422.00 | Job | 2/6/2017 |

\*\*\* Closed Item \*\*\*

Pricing per Quote # 009696

THIS PURCHASE ORDER IS GOVERNED BY A MASTER SERVICE AGREEMENT FOR CONSTRUCTION DATED 8/18/14 CURRENTLY IN EFFECT BETWEEN THE PURCHASE ORDER VENDOR AND PACKAGING CORPORATION OF AMERICA. THE MASTER SERVICE AGREEMENT IS A PART OF THIS PURCHASE ORDER.
\*\*\*\*

THE PCA DERIDDER MILL REQUIRES HARD HATS AND SAFETY GLASSES TO BE WORN BY ALLCONTRACTORS AND VISITORS AT ALL TIMES IN ALL AREAS OF THE MILL EXCEPT WHERE DESIGNATED EXEMPT. ALLPPE MUST BE ANSI/ISEA APPROVED.
\*\*\*\*

THE PCA DERIDDER MILL IS ALSO A SMOKE FREE WORKPLACE.  SMOKINGIS NOT PERMITTED ANYWHERE ON THE PROPERTY INCLUDING PARKING LOTS AND INSIDE VEHICLES.
\*\*\*\*

ANY INDIVIDUAL PERFORMING WORK ON SITE MUST COMPLETE THE DERIDDER MILLS CONTRACTOR SAFETY TRAINING ANNUALLY. THE CONTRACTOR SAFETY ORIENTATION AND INFORMATION PACKET IS AVAILABLE THROUGH THE SECURITY GUARDS AT THE TC GATE OR ONLINE AT THE LINK PROVIDED BELOW.  INDIVIDUALS WHO COMPLETE THE TRAINING ONLINE MUST BRING THE COMPLETED PRINTED MATERIAL PACKET TO THE SECURITY GUARDS AT THE TC GATE UPON ARRIVAL.  UPON SUCCESSFUL COMPLETION OF THE CONTRACTOR SAFETY TRAINING EACH INDIVIDUAL WILL BE ISSUED A VERIFICATION CARD VALID FOR ONE YEAR.  THIS CARD MUST BE AVAILABLE AT ALL TIMES WHILE ON SITE AND IS SUBJECT TO RANDOM AND UNANNOUNCED SCREENING BY ANY REPRESENTATIVE OF PCA. DIRECT ANY QUESTIONS OR REQUESTS FOR ADDITIONAL INFORMATION CONCERNING THIS SAFETY TRAINING TO THE DERIDDER MILL SAFETY DEPARTMENT AT 337-462-4010 OR 337-462-4140.

TO OBTAIN THE TRAINING ONLINE:
1. GO TO: www.milltraining.com/Deridder/index.asp

| Sales Tax | |
|---|---|
| ☑ DO NOT CHARGE SALES TAX | ☐ CHARGE SALES TAX |
| ☑ DIRECT PAY PERMIT: | |
| CERT. NO. | |

**2036234-001/DP**

This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Packaging Corporation of America

Phone #    (337)462-4143
Fax #      (337)462-4305
Contact    Williams, Brock
Email      BrockWilliams@packagingcorp.com
By

Requisioner  Smith, Lori
WO #         1571700
Req #        287117

Printed By:
Concannon, Tom
8/29/2019 9:51 Am

Purchase Order # 216732

Page 1 of 2

No Chinese or Indian Steel or castings are to be provided to PCA.  Material Certifications showing test results and country of origin are required on all steel products.

*** COPY ONLY *** Purchase Order *** COPY ONLY ***

PO Date  12/12/2016

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC

Purchase Order #   216732

Attn: Mike Cunningham
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

*** SHIP TO ***
4200 HIGHWAY 190 W
DERIDDER, LA  70634

*** SEND INVOICE TO ***
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

Vendor Fax  (337)463-2800

| Item /Stock # | Quantity | Description | PO Type : Contract | Time and Material | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | (000)000-0000 | 2. ENTER PASSWORD: safety<br>3. PRINT MATERIAL PACKET, FILL OUT AND BRING REQUIRED DOCUMENTATION TO SECURITY GUARD<br>GATE 1 WHEN ARRIVING AT MILL<br>4. A VERIFICATION CARD WILL BE ISSUED<br>****<br><br>ALL CONTRACTORS PERFORMING WORK ON PCA PROPERTY ARE SUBJECT TO RANDOM AND<br>UNANNOUNCED DRUG TESTS. | | | | | |

Sales Tax

☐ DO NOT CHARGE SALES TAX
☑ DIRECT PAY PERMIT:   ☐ CHARGE SALES TAX
CERT. NO.

2036234-001/DP

This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Packaging Corporation of America
Phone #   (337)462-4143
Fax #   (337)462-4305
Contact   Williams, Brock
Email   BrockWilliams@packagingcorp.com
By _____

Purchase Order #  216732
Page 2 of 2

No Chinese or Indian Steel or castings are to be provided to PCA.  Material Certifications showing test results and country of origin are required on all steel products.

Requisitioner   Smith, Lori
WO #   1571700
Req #   287117

Printed By:
Concannon, Tom
8/29/2019 9:51 Am

PCA
PACKAGING CORPORATION OF AMERICA

*** COPY ONLY *** Purchase Order *** COPY ONLY ***

PO Date   12/12/2016

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC
Attn: Mike Cunningham
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

Vendor Fax (337)463-2800

Purchase Order #   216733

*** SHIP TO ***
4200 HIGHWAY 190 W
DERIDDER, LA 70634

*** SEND INVOICE TO ***
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

| Item/Stock # | Quantity | Description | PO Type : Contract | Time and Material | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | | [A/P Terms:Net 30 Days] [Ship Via:Best Way] [Freight Terms:Prepaid/add] [F.O.B:Delivered] | | | | | |
| 1 | 1 | Roll out and replace selected mud lines and caustic valves for inspection and hydroblasting in the Lime Kiln during the 2017 Annual outage.6 mechanics for 6-12 hr. shifts | Acct # 52-0-690-0098-650-24 | | 24,036.00 | Job | 2/6/2017 |

*** Closed Item ***

THIS PURCHASE ORDER IS GOVERNED BY A MASTER SERVICE AGREEMENT FOR CONSTRUCTION DATED 8/18/14 CURRENTLY IN EFFECT BETWEEN THE PURCHASE ORDER VENDOR AND PACKAGING CORPORATION OF AMERICA. THE MASTER SERVICE AGREEMENT IS A PART OF THIS PURCHASE ORDER.
****
THE PCA DERIDDER MILL REQUIRES HARD HATS AND SAFETY GLASSES TO BE WORN BY ALLCONTRACTORS AND VISITORS AT ALL TIMES IN ALL AREAS OF THE MILL EXCEPT WHERE DESIGNATED EXEMPT.  ALLPPE MUST BE ANSI/ISEA APPROVED.
****
THE PCA DERIDDER MILL IS ALSO A SMOKE FREE WORKPLACE.  SMOKINGIS NOT PERMITTED ANYWHERE ON THE PROPERTY INCLUDING PARKING LOTS AND INSIDE VEHICLES.
****
ANY INDIVIDUAL PERFORMING WORK ON SITE MUST COMPLETE THE DERIDDER MILLS CONTRACTOR SAFETY TRAINING ANNUALLY. THE CONTRACTOR SAFETY ORIENTATION AND INFORMATION PACKET IS AVAILABLE THROUGH THE SECURITY GUARDS AT THE TC GATE OR ONLINE AT THE LINK PROVIDED BELOW. INDIVIDUALS WHO COMPLETE THE TRAINING ONLINE MUST BRING THE COMPLETED PRINTED MATERIAL PACKET TO THE SECURITY GUARDS AT THE TC GATE UPON ARRIVAL. UPON SUCCESSFUL COMPLETION OF THE CONTRACTOR SAFETY TRAINING EACH INDIVIDUAL WILL BE ISSUED A VERIFICATION CARD VALID FOR ONE YEAR.  THIS CARD MUST BE AVAILABLE AT ALL TIMES WHILE ON SITE AND IS SUBJECT TO RANDOM AND UNANNOUNCED SCREENING BY ANY REPRESENTATIVE OF PCA. DIRECT ANY QUESTIONS OR REQUESTS FOR ADDITIONAL INFORMATION CONCERNING THIS SAFETY TRAINING TO THE DERIDDER MILL SAFETY DEPARTMENT AT 337-462-4010 OR 337-462-4140.

TO OBTAIN THE TRAINING ONLINE:
1. GO TO: www.milltraining.com/Deridder/index.asp
2. ENTER PASSWORD: safety

Requisitioner   Smith, Lori
WO #   1571267
Req #   287116

Printed By:
Concannon, Tom
8/29/2019 9:51 Am

Sales Tax
[ ] DO NOT CHARGE SALES TAX
[✓] DIRECT PAY PERMIT:   CERT. NO.
[ ] CHARGE SALES TAX

2036234-001/DP

This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Packaging Corporation of America
Phone #   (337)462-4143
Fax #   (337)462-4305
Contact   Williams, Brock
Email   BrockWilliams@packagingcorp.com
By

Purchase Order #   216733
Page 1 of 2

No Chinese or Indian Steel or castings are to be provided to PCA.  Material Certifications showing test results and country of origin are required on all steel products.

PO Date   12/12/2016

**\*\*\* COPY ONLY \*\*\* Purchase Order \*\*\* COPY ONLY \*\*\***

Purchase Order #        216733

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC

Attn: Mike Cunningham
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

\*\*\* SHIP TO \*\*\*
4200 HIGHWAY 190 W
DERIDDER, LA. 70634

\*\*\* SEND INVOICE TO \*\*\*
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

Vendor Fax  (337)463-2800                    (000)000-0000

| Item/Stock # | Quantity | Description | PO Type : Contract | Time and Material | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | | 3. PRINT MATERIAL PACKET, FILL OUT AND BRING REQUIRED DOCUMENTATION TO SECURITY GUARD GATE 1 WHEN ARRIVING AT MILL 4. A VERIFICATION CARD WILL BE ISSUED \*\*\*\* ALL CONTRACTORS PERFORMING WORK ON PCA PROPERTY ARE SUBJECT TO RANDOM AND UNANNOUNCED DRUG TESTS. | | | | | |

Sales Tax

DO NOT CHARGE SALES TAX
☑ DIRECT PAY PERMIT:                    ☐ CHARGE SALES TAX
   CERT. NO.

**2036234-001/DP**

This P.O. is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Packaging Corporation of America

| | |
|---|---|
| Phone # | (337)462-4143 |
| Fax # | (337)462-4305 |
| Contact | Williams, Brock |
| Email | BrockWilliams@packagingcorp.com |
| By | _(signature)_ |

Purchase Order # 216733

Page 2 of 2

Requisitioner    Smith, Lori
WO #                1571267
Req #                287116

Printed By:
Concannon, Tom
8/29/2019 9:51 Am

No Chinese or Indian Steel or castings are to be provided to PCA.  Material Certifications showing test results and country of origin are required on all steel products.

# *** COPY ONLY *** Purchase Order *** COPY ONLY ***

PO Date: 12/14/2016

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC

Attn:
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

Vendor Fax (337)463-2800    ** Emailed **

**Purchase Order #    216865**

*** SEND INVOICE TO ***
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

*** SHIP TO ***
4200 HIGHWAY 190 W
DERIDDER, LA 70634

| Item/Stock # | Quantity | Description | PO Type : Contract | Time and Material | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | | [A/P Terms:Net 30 Days] [Ship Via:Best Way] [Freight Terms:Prepaid/add] [F.O.B:Delivered] | | | | | |
| 1 | 1 | Install new nozzle with repad on #2 filtrate tank Install valve and blind flange on new nozzle PCA to provide valve, bolts and gaskets | Acct # 52-0-690-0098-650-22 | | 10,258.00 | Job | 2/6/2017 |

*** Closed Item ***

THIS PURCHASE ORDER IS GOVERNED BY A MASTER SERVICE AGREEMENT FOR CONSTRUCTION DATED
8/18/14 CURRENTLY IN EFFECT BETWEEN THE PURCHASE ORDER VENDOR AND PACKAGING
CORPORATION OF AMERICA. THE MASTER SERVICE AGREEMENT IS A PART OF THIS PURCHASE ORDER.
****

THE PCA DERIDDER MILL REQUIRES HARD HATS AND SAFETY GLASSES TO BE WORN BY
ALLCONTRACTORS AND VISITORS AT ALL TIMES IN ALL AREAS OF THE MILL EXCEPT WHERE
DESIGNATED EXEMPT. ALLPPE MUST BE ANSI/IISEA APPROVED.
****

THE PCA DERIDDER MILL IS ALSO A SMOKE FREE WORKPLACE. SMOKINGIS NOT PERMITTED ANYWHERE
ON THE PROPERTY INCLUDING PARKING LOTS AND INSIDE VEHICLES.
****

ANY INDIVIDUAL PERFORMING WORK ON SITE MUST COMPLETE THE DERIDDER MILLS CONTRACTOR
SAFETY TRAINING ANNUALLY. THE CONTRACTOR SAFETY ORIENTATION AND INFORMATION PACKET IS
AVAILABLE THROUGH THE SECURITY GUARDS AT THE TC GATE OR ONLINE AT THE LINK PROVIDED
BELOW. INDIVIDUALS WHO COMPLETE THE TRAINING ONLINE MUST BRING THE COMPLETED PRINTED
MATERIAL PACKET TO THE SECURITY GUARDS AT THE TC GATE UPON ARRIVAL. UPON SUCCESSFUL
COMPLETION OF THE CONTRACTOR SAFETY TRAINING EACH INDIVIDUAL WILL BE ISSUED A
VERIFICATION CARD VALID FOR ONE YEAR. THIS CARD MUST BE AVAILABLE AT ALL TIMES WHILE ON
SITE AND IS SUBJECT TO RANDOM AND UNANNOUNCED SCREENING BY ANY REPRESENTATIVE OF PCA.
DIRECT ANY QUESTIONS OR REQUESTS FOR ADDITIONAL INFORMATION CONCERNING THIS SAFETY
TRAINING TO THE DERIDDER MILL SAFETY DEPARTMENT AT 337-462-4010 OR 337-462-4140.

TO OBTAIN THE TRAINING ONLINE:
1. GO TO: www.milltraining.com/Deridder/index.asp

Sales Tax:
☐ DO NOT CHARGE SALES TAX
☑ DIRECT PAY PERMIT:      ☐ CHARGE SALES TAX
CERT. NO.

**2036234-001/DP**

This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Packaging Corporation of America

| | |
|---|---|
| Phone # | (337)462-4134 |
| Fax # | (337)462-4305 |
| Contact | Hall, Dana |
| Email | DanaHall@packagingcorp.com |
| By | _signature_ |

Requisitioner    Smith, Lori
WO #    1571697
Req #    287192

Printed By:
Concannon, Tom
8/29/2019 9:51 Am

Purchase Order # 216865
Page 1 of 2

No Chinese or Indian Steel or castings are to be provided to PCA. Material Certifications showing test results and country of origin are required on all steel products.

**\*\*\* COPY ONLY \*\*\* Purchase Order \*\*\* COPY ONLY \*\*\***

PO Date   12/14/2016

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC

Purchase Order #   216865

Attn:
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

\*\*\* SHIP TO \*\*\*
4200 HIGHWAY 190 W
DERIDDER, LA 70634

\*\*\* SEND INVOICE TO \*\*\*
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

Vendor Fax (337)463-2800        \*\* Emailed \*\*

| Item/Stock # | Quantity | Description | PO Type : Contract | Time and Material | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | | 2. ENTER PASSWORD: safety | | | | | |
| | | 3. PRINT MATERIAL PACKET, FILL OUT AND BRING REQUIRED DOCUMENTATION TO SECURITY GUARD | | | | | |
| | | GATE 1 WHEN ARRIVING AT MILL | | | | | |
| | | 4. A VERIFICATION CARD WILL BE ISSUED | | | | | |
| | | \*\*\*\* | | | | | |
| | | ALL CONTRACTORS PERFORMING WORK ON PCA PROPERTY ARE SUBJECT TO RANDOM AND | | | | | |
| | | UNANNOUNCED DRUG TESTS. | | | | | |

Sales Tax
☑ DO NOT CHARGE SALES TAX
   DIRECT PAY PERMIT:
   CERT. NO.                    ☐ CHARGE SALES TAX

**2036234-001/DP**

This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Packaging Corporation of America
Phone #   (337)462-4134
Fax #     (337)462-4305
Contact   Hall, Dana
Email     DanaHall@packagingcorp.com
By

Purchase Order # 216865
Page 2 of 2

| Requisitioner | Smith, Lori |
|---|---|
| WO # | 1571697 |
| Req # | 287192 |

Printed By:
Concannon, Tom
8/29/2019 9:51 Am

No Chinese or Indian Steel or castings are to be provided to PCA. Material Certifications showing test results and country of origin are required on all steel products.

# *** COPY ONLY *** Purchase Order *** COPY ONLY ***

PO Date  12/14/2016

**Purchase Order #**   216866

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC

Attn:
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

*** SHIP TO ***
4200 HIGHWAY 190 W
DERIDDER, LA 70634

*** SEND INVOICE TO ***
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

VendorFax (337)463-2800         (000)000-0000

| Item/Stock # | Quantity | Description | PO Type : Contract | Time and Material | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | | [A/P Terms:Net 30 Days] [Ship Via:Best Way] [Freight Terms:Prepaid/add] [F.O.B:Delivered] | | | | | |
| 1 | 1 | Elite to repair bottom of Lime Mud Staorage Tank Agitator during the 2017 Annual Ouage | | Acct # 52-0-690-0098-650-24 | 15,184.00 | Job | 2/6/2017 |

*** Closed Item ***

THIS PURCHASE ORDER IS GOVERNED BY A MASTER SERVICE AGREEMENT FOR CONSTRUCTION DATED 8/18/14 CURRENTLY IN EFFECT BETWEEN THE PURCHASE ORDER VENDOR AND PACKAGING CORPORATION OF AMERICA. THE MASTER SERVICE AGREEMENT IS A PART OF THIS PURCHASE ORDER. ****

THE PCA DERIDDER MILL REQUIRES HARD HATS AND SAFETY GLASSES TO BE WORN BY ALLCONTRACTORS AND VISITORS AT ALL TIMES IN ALL AREAS OF THE MILL EXCEPT WHERE DESIGNATED EXEMPT.  ALLPPE MUST BE ANSI/ISEA APPROVED.

****

THE PCA DERIDDER MILL IS ALSO A SMOKE FREE WORKPLACE.  SMOKINGIS NOT PERMITTED ANYWHERE ON THE PROPERTY INCLUDING PARKING LOTS AND INSIDE VEHICLES.

****

ANY INDIVIDUAL PERFORMING WORK ON SITE MUST COMPLETE THE DERIDDER MILLS CONTRACTOR SAFETY TRAINING ANNUALLY. THE CONTRACTOR SAFETY ORIENTATION AND INFORMATION PACKET IS AVAILABLE THROUGH THE SECURITY GUARDS AT THE TC GATE OR ONLINE AT THE LINK PROVIDED BELOW.  INDIVIDUALS WHO COMPLETE THE TRAINING ONLINE MUST BRING THE COMPLETED PRINTED MATERIAL PACKET TO THE SECURITY GUARDS AT THE TC GATE UPON ARRIVAL.  UPON SUCCESSFUL COMPLETION OF THE CONTRACTOR SAFETY TRAINING EACH INDIVIDUAL WILL BE ISSUED A VERIFICATION CARD VALID FOR ONE YEAR.  THIS CARD MUST BE AVAILABLE AT ALL TIMES WHILE ON SITE AND IS SUBJECT TO RANDOM AND UNANNOUNCED SCREENING BY ANY REPRESENTATIVE OF PCA. DIRECT ANY QUESTIONS OR REQUESTS FOR ADDITIONAL INFORMATION CONCERNING THIS SAFETY TRAINING TO THE DERIDDER MILL SAFETY DEPARTMENT AT 337-462-4010 OR 337-462-4140.

TO OBTAIN THE TRAINING ONLINE:
1. GO TO: www.milltraining.com/Deridder/index.asp
2. ENTER PASSWORD: safety
3. PRINT MATERIAL PACKET, FILL OUT AND BRING REQUIRED DOCUMENTATION TO SECURITY GUARD

Sales Tax
DO NOT CHARGE SALES TAX
☑ DIRECT PAY PERMIT:        ☐ CHARGE SALES TAX
CERT. NO.
**2036234-001/DP**

This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Packaging Corporation of America
Phone #   (337)462-4134
Fax #      (337)462-4305
Contact    Hall, Dana
Email      DanaHall@packagingcorp.com
By _____

Purchase Order #  216866
Page 1 of 2

No Chinese or Indian Steel or castings are to be provided to PCA.  Material Certifications showing test results and country of origin are required on all steel products.

Requisioner  Smith, Lori
WO #         1568739
Req #        287193

Printed By:
Concannon, Tom
8/29/2019 9:51 Am

PO Date   12/14/2016

## *** COPY ONLY *** Purchase Order *** COPY ONLY ***

Purchase Order #      216866

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC

Attn:
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

*** SHIP TO ***
4200 HIGHWAY 190 W
DERIDDER, LA 70634

*** SEND INVOICE TO ***
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

Vendor/Fax  (337)463-2800       (000)000-0000

| Item/Stock # | Quantity | Description | PO Type : Contract | Time and Material | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | | GATE 1 WHEN ARRIVING AT MILL | | | | | |
| | | 4. A VERIFICATION CARD WILL BE ISSUED | | | | | |
| | | **** | | | | | |
| | | ALL CONTRACTORS PERFORMING WORK ON PCA PROPERTY ARE SUBJECT TO RANDOM AND | | | | | |
| | | UNANNOUNCED DRUG TESTS. | | | | | |

Requisitioner    Smith, Lori
WO #             1568739
Req #            287193

Printed By:
Concannon, Tom
8/29/2019 9:51 Am

Sales Tax
☐ DO NOT CHARGE SALES TAX
☑ DIRECT PAY PERMIT:
   CERT. NO.

**2036234-001/DP**

☐ CHARGE SALES TAX

This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Packaging Corporation of America
Phone #    (337)462-4134
Fax #      (337)462-4305
Contact    Hall, Dana
Email      DanaHall@packagingcorp.com
By         _____

Purchase Order #  216866
Page 2 of 2

No Chinese or Indian Steel or castings are to be provided to PCA.  Material Certifications showing test results and country of origin are required on all steel products.

*** COPY ONLY *** Purchase Order *** COPY ONLY ***

PO Date   1/4/2017

Purchase Order #   217370

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC

Attn: Michael Cunningham
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

*** SHIP TO ***
4200 HIGHWAY 190 W
DERIDDER, LA 70634

*** SEND INVOICE TO ***
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

Vendor Fax  (337)463-2800        (000)000-0000

| Item/Stock # | Quantity | Description | PO Type : Contract | Time and Material | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | | [A/P Terms:Net 30 Days] [Ship Via:Best Way] [Freight Terms:Prepaid/add] [F.O.B:Delivered] | | | | | |
| 1 | 1 | Provide maintenance assistance to repair piping to the Clean Condensate tank in the Pulp Mill during the Big Line 2017 Annual Outage | | Acct # 52-0-690-0098-650-21 | 3,494.00 | Each | 2/5/2017 |

*** Closed Item ***

Pricing per Quote # 009735 dated 12/28/16

THIS PURCHASE ORDER IS GOVERNED BY A MASTER SERVICE AGREEMENT FOR CONSTRUCTION DATED
8/18/14 CURRENTLY IN EFFECT BETWEEN THE PURCHASE ORDER VENDOR AND PACKAGING
CORPORATION OF AMERICA. THE MASTER SERVICE AGREEMENT IS A PART OF THIS PURCHASE ORDER.
****

THE PCA DERIDDER MILL REQUIRES HARD HATS AND SAFETY GLASSES TO BE WORN BY
ALLCONTRACTORS AND VISITORS AT ALL TIMES IN ALL AREAS OF THE MILL EXCEPT WHERE
DESIGNATED EXEMPT. ALLPPE MUST BE ANSI/ISEA APPROVED.
****

THE PCA DERIDDER MILL IS ALSO A SMOKE FREE WORKPLACE.  SMOKINGIS NOT PERMITTED ANYWHERE
ON THE PROPERTY INCLUDING PARKING LOTS AND INSIDE VEHICLES.
****

ANY INDIVIDUAL PERFORMING WORK ON SITE MUST COMPLETE THE DERIDDER MILLS CONTRACTOR
SAFETY TRAINING ANNUALLY. THE CONTRACTOR SAFETY ORIENTATION AND INFORMATION PACKET IS
AVAILABLE THROUGH THE SECURITY GUARDS AT THE TC GATE OR ONLINE AT THE LINK PROVIDED
BELOW.  INDIVIDUALS WHO COMPLETE THE TRAINING ONLINE MUST BRING THE COMPLETED PRINTED
MATERIAL PACKET TO THE SECURITY GUARDS AT THE TC GATE UPON ARRIVAL. UPON SUCCESSFUL
COMPLETION OF THE CONTRACTOR SAFETY TRAINING EACH INDIVIDUAL WILL BE ISSUED A
VERIFICATION CARD VALID FOR ONE YEAR.  THIS CARD MUST BE AVAILABLE AT ALL TIMES WHILE ON
SITE AND IS SUBJECT TO RANDOM AND UNANNOUNCED SCREENING BY ANY REPRESENTATIVE OF PCA.
DIRECT ANY QUESTIONS OR REQUESTS FOR ADDITIONAL INFORMATION CONCERNING THIS SAFETY
TRAINING TO THE DERIDDER MILL SAFETY DEPARTMENT AT 337-462-4010 OR 337-462-4140.

TO OBTAIN THE TRAINING ONLINE:
1. GO TO: www.milltraining.com/Deridder/index.asp

| Sales Tax | |
|---|---|
| ☑ DO NOT CHARGE SALES TAX | ☐ CHARGE SALES TAX |
| ☑ DIRECT PAY PERMIT: | |
| CERT. NO. | |

2036234-001/DP

This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Packaging Corporation of America

| | |
|---|---|
| Phone # | (337)462-4143 |
| Fax # | (337)462-4305 |
| Contact | Williams, Brock |
| Email | BrockWilliams@packagingcorp.com |
| By | |

Purchase Order #  217370
Page 1 of 2

No Chinese or Indian Steel or castings are to be provided to PCA.  Material Certifications showing test results and country of origin are required on all steel products.

Requisitioner   Smith, Lori
WO #   1575209
Req #   287513

Printed By:
Concannon, Tom
8/29/2019 9:51 Am

PCA
PACKAGING CORPORATION OF AMERICA

*** COPY ONLY *** Purchase Order *** COPY ONLY ***

PO Date   1/4/2017

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC

Purchase Order #    217370

Attn: Michael Cunningham
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

*** SHIP TO ***
4200 HIGHWAY 190 W
DERIDDER, LA 70634

*** SEND INVOICE TO ***
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

Vendor Fax  (337)462-2800

| Item/Stock # | Quantity | Description | PO Type : Contract | Time and Material | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| (000)000-0000 | | 2. ENTER PASSWORD: safety | | | | | |
| | | 3. PRINT MATERIAL PACKET. FILL OUT AND BRING REQUIRED DOCUMENTATION TO SECURITY GUARD GATE 1 WHEN ARRIVING AT MILL. | | | | | |
| | | 4. A VERIFICATION CARD WILL BE ISSUED **** | | | | | |
| | | ALL CONTRACTORS PERFORMING WORK ON PCA PROPERTY ARE SUBJECT TO RANDOM AND UNANNOUNCED DRUG TESTS. | | | | | |

Requistioner   Smith, Lori
WO #   1575209
Req #   287513

Sales Tax
□ DO NOT CHARGE SALES TAX
☑ DIRECT PAY PERMIT:
  CERT. NO.
  2036234-001/DP
☐ CHARGE SALES TAX

This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Printed By:
Concannon, Tom
8/29/2019 9:51 Am

Packaging Corporation of America
Phone #   (337)462-4143
Fax #   (337)462-4305
Contact   Williams, Brock
Email   BrockWilliams@packagingcorp.com
By   _____

Purchase Order #  217370
Page 2 of 2

No Chinese or Indian Steel or castings are to be provided to PCA.  Material Certifications showing test results and country of origin are required on all steel products.

PO Date  1/17/2017

## *** COPY ONLY *** Purchase Order *** COPY ONLY ***

Purchase Order #    217877

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC
Attn: Mike Cunningham
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

*** SHIP TO ***
4200 HIGHWAY 190 W
DERIDDER, LA 70634

*** SEND INVOICE TO ***
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

Vendor/Fax (337)463-2800          (000)000-0000

| Item/Stock # | Quantity | Description | PO Type : Contract | Time and Material | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|

[A/P Terms:Net 30 Days] [Ship Via:Best Way] [Freight Terms:Prepaid/add] [F.O.B:Delivered]

| 1 | 1 | Inspect green liquor clarifier for damage and weld crackage | | Acct # 52-0-690-0098-650-24 | 2,736.00 | Job | 2/6/2017 |

*** Closed Item ***

THIS PURCHASE ORDER IS GOVERNED BY A MASTER SERVICE AGREEMENT FOR CONSTRUCTION DATED 8/18/14 CURRENTLY IN EFFECT BETWEEN THE PURCHASE ORDER VENDOR AND PACKAGING CORPORATION OF AMERICA. THE MASTER SERVICE AGREEMENT IS A PART OF THIS PURCHASE ORDER.
****
THE PCA DERIDDER MILL REQUIRES HARD HATS AND SAFETY GLASSES TO BE WORN BY ALL CONTRACTORS AND VISITORS AT ALL TIMES IN ALL AREAS OF THE MILL EXCEPT WHERE DESIGNATED EXEMPT.  ALL PPE MUST BE ANSI/ISEA APPROVED.
****
THE PCA DERIDDER MILL IS ALSO A SMOKE FREE WORKPLACE.  SMOKING IS NOT PERMITTED ANYWHERE ON THE PROPERTY INCLUDING PARKING LOTS AND INSIDE VEHICLES.
****
ANY INDIVIDUAL PERFORMING WORK ON SITE MUST COMPLETE THE DERIDDER MILLS CONTRACTOR SAFETY TRAINING ANNUALLY. THE CONTRACTOR SAFETY ORIENTATION AND INFORMATION PACKET IS AVAILABLE THROUGH THE SECURITY GUARDS AT THE TC GATE OR ONLINE AT THE LINK PROVIDED BELOW.  INDIVIDUALS WHO COMPLETE THE TRAINING ONLINE MUST BRING THE COMPLETED PRINTED MATERIAL PACKET TO THE SECURITY GUARDS AT THE TC GATE UPON ARRIVAL.  UPON SUCCESSFUL COMPLETION OF THE CONTRACTOR SAFETY TRAINING EACH INDIVIDUAL WILL BE ISSUED A VERIFICATION CARD VALID FOR ONE YEAR.  THIS CARD MUST BE AVAILABLE AT ALL TIMES WHILE ON SITE AND IS SUBJECT TO RANDOM AND UNANNOUNCED SCREENING BY ANY REPRESENTATIVE OF PCA. DIRECT ANY QUESTIONS OR REQUESTS FOR ADDITIONAL INFORMATION CONCERNING THIS SAFETY TRAINING TO THE DERIDDER MILL SAFETY DEPARTMENT AT 337-462-4010 OR 337-462-4140.

TO OBTAIN THE TRAINING ONLINE:
1. GO TO: www.milltraining.com/Deridder/index.asp
2. ENTER PASSWORD: safety
3. PRINT MATERIAL PACKET, FILL OUT AND BRING REQUIRED DOCUMENTATION TO SECURITY GUARD

Sales Tax
☐ DO NOT CHARGE SALES TAX
☑ DIRECT PAY PERMIT: CERT. NO.          ☐ CHARGE SALES TAX

**2036234-001/DP**

This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Packaging Corporation of America

| | |
|---|---|
| Phone # | (337)462-4143 |
| Fax # | (337)462-4305 |
| Contact | Williams, Brock |
| Email | BrockWilliams@packagingcorp.com |
| By | |

Purchase Order # 217877
Page 1 of 2

Requisitioner    Smith, Lori
WO #    1560920
Req #    287821

Printed By:
Concannon, Tom
8/29/2019 9:52 Am

No Chinese or Indian Steel or castings are to be provided to PCA.  Material Certifications showing test results and country of origin are required on all steel products.

**\*\*\* COPY ONLY \*\*\* Purchase Order \*\*\* COPY ONLY \*\*\***

PO Date  1/17/2017

Purchase Order #   217877

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC

Attn: Mike Cunningham
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

\*\*\* SHIP TO \*\*\*
4200 HIGHWAY 190 W
DERIDDER, LA  70634

\*\*\* SEND INVOICE TO \*\*\*
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA  70634
DERAccountsPayable@packagingcorp.com

Vendor Fax  (337)463-2800

(000)000-0000

| Item/Stock # | Quantity | Description | PO Type : Contract | Time and Material | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | | GATE 1 WHEN ARRIVING AT MILL | | | | | |
| | | 4. A VERIFICATION CARD WILL BE ISSUED | | | | | |
| | | **** | | | | | |
| | | ALL CONTRACTORS PERFORMING WORK ON PCA PROPERTY ARE SUBJECT TO RANDOM AND | | | | | |
| | | UNANNOUNCED DRUG TESTS. | | | | | |

Sales Tax
☐ DO NOT CHARGE SALES TAX     ☐ CHARGE SALES TAX
☑ DIRECT PAY PERMIT:
CERT. NO.
**2036234-001/DP**
This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Packaging Corporation of America
Phone #   (337)462-4143
Fax #      (337)462-4305
Contact    Williams, Brock
Email      BrockWilliams@packagingcorp.com
By         _____

Purchase Order #  217877
Page 2 of 2

No Chinese or Indian Steel or castings are to be provided to PCA.  Material Certifications showing test results and country of origin are required on all steel products.

Requisitoner   Smith, Lori
WO #           1565920
Req #          287821

Printed By:
Concannon, Tom
8/29/2019 9:52 Am

PCA
PACKAGING CORPORATION OF AMERICA

PO Date   1/17/2017

**\*\*\* COPY ONLY \*\*\* Purchase Order \*\*\* COPY ONLY \*\*\***

Purchase Order #   217878

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC
Attn: Mike Cunningham
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

\*\*\* SHIP TO \*\*\*
4200 HIGHWAY 190 W
DERIDDER, LA 70634

\*\*\* SEND INVOICE TO \*\*\*
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

Vendor Fax  (337)463-2800        (000)000-0000

| Item/Stock # | Quantity | Description | PO Type : Contract | Time and Material | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | | [AP Terms:Net 30 Days] [Ship Via:Best Way] [Freight Terms:Prepaid/add] [F.O.B:Delivered] | | | | | |
| 1 | 1 | Replace nozzles in #2 clarifier<br>PCA to supply materials | Acct # 52-0-690-0098-650-24 | | 4,526.00 | Job | 2/6/2017 |

\*\*\* Closed Item \*\*\*

Pricing per estimate dated 1-16-17

THIS PURCHASE ORDER IS GOVERNED BY A MASTER SERVICE AGREEMENT FOR CONSTRUCTION DATED 8/18/14 CURRENTLY IN EFFECT BETWEEN THE PURCHASE ORDER VENDOR AND PACKAGING CORPORATION OF AMERICA. THE MASTER SERVICE AGREEMENT IS A PART OF THIS PURCHASE ORDER.
\*\*\*\*

THE PCA DERIDDER MILL REQUIRES HARD HATS AND SAFETY GLASSES TO BE WORN BY ALLCONTRACTORS AND VISITORS AT ALL TIMES IN ALL AREAS OF THE MILL EXCEPT WHERE DESIGNATED EXEMPT. ALL PPE MUST BE ANSI/ISEA APPROVED.
\*\*\*\*

THE PCA DERIDDER MILL IS ALSO A SMOKE FREE WORKPLACE.  SMOKING IS NOT PERMITTED ANYWHERE ON THE PROPERTY INCLUDING PARKING LOTS AND INSIDE VEHICLES.
\*\*\*\*

ANY INDIVIDUAL PERFORMING WORK ON SITE MUST COMPLETE THE DERIDDER MILLS CONTRACTOR SAFETY TRAINING ANNUALLY. THE CONTRACTOR SAFETY ORIENTATION AND INFORMATION PACKET IS AVAILABLE THROUGH THE SECURITY GUARDS AT THE TC GATE OR ONLINE AT THE LINK PROVIDED BELOW. INDIVIDUALS WHO COMPLETE THE TRAINING ONLINE MUST BRING THE COMPLETED PRINTED MATERIAL PACKET TO THE SECURITY GUARDS AT THE TC GATE UPON ARRIVAL.  UPON SUCCESSFUL COMPLETION OF THE CONTRACTOR SAFETY TRAINING EACH INDIVIDUAL WILL BE ISSUED A VERIFICATION CARD VALID FOR ONE YEAR.  THIS CARD MUST BE AVAILABLE AT ALL TIMES WHILE ON SITE AND IS SUBJECT TO RANDOM AND UNANNOUNCED SCREENING BY ANY REPRESENTATIVE OF PCA. DIRECT ANY QUESTIONS OR REQUESTS FOR ADDITIONAL INFORMATION CONCERNING THIS SAFETY TRAINING TO THE DERIDDER MILL SAFETY DEPARTMENT AT 337-462-4010 OR 337-462-4140.

TO OBTAIN THE TRAINING ONLINE:
1. GO TO: www.milltraining.com/Deridder/index.asp

Requisitioner   Smith, Lori
WO #   1565179
Req #   287822

Sales Tax
DO NOT CHARGE SALES TAX
☑ DIRECT PAY PERMIT:
CERT. NO.        ☐ CHARGE SALES TAX

**2036234-001/DP**
This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Printed By:
Concannon, Tom
8/29/2019 9:52 Am

Packaging Corporation of America
Phone #   (337)462-4143
Fax #   (337)462-4305
Contact   Williams, Brock
Email   BrockWilliams@packagingcorp.com
By _____

Purchase Order # 217878
Page 1 of 2

No Chinese or Indian Steel or castings are to be provided to PCA.  Material Certifications showing test results and country of origin are required on all steel products.

PO Date   1/17/2017

## *** COPY ONLY *** Purchase Order *** COPY ONLY ***

Purchase Order #   217878

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC

Attn: Mike Cunningham
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

*** SHIP TO ***
4200 HIGHWAY 190 W
DERIDDER, LA 70634

*** SEND INVOICE TO ***
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

Vendor Fax (337)463-2800       (000)000-0000

| Item/Stock # | Quantity | Description | PO Type : Contract | Time and Material | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | | 2. ENTER PASSWORD: safety | | | | | |
| | | 3. PRINT MATERIAL PACKET, FILL OUT AND BRING REQUIRED DOCUMENTATION TO SECURITY GUARD | | | | | |
| | | GATE 1 WHEN ARRIVING AT MILL. | | | | | |
| | | 4. A VERIFICATION CARD WILL BE ISSUED | | | | | |
| | | **** | | | | | |
| | | ALL CONTRACTORS PERFORMING WORK ON PCA PROPERTY ARE SUBJECT TO RANDOM AND | | | | | |
| | | UNANNOUNCED DRUG TESTS. | | | | | |

Sales Tax

☐ DO NOT CHARGE SALES TAX
☑ DIRECT PAY PERMIT:      ☐ CHARGE SALES TAX
   CERT. NO.

2036234-001/DP

This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Packaging Corporation of America
Phone #   (337)462-4143
Fax #   (337)462-4305
Contact   Williams, Brock
Email   BrockWilliams@packagingcorp.com
By _____

Purchase Order # 217878
Page 2 of 2

Requisitioner   Smith, Lori
WO #   1585179
Ref #   287822

Printed By;
Concannon, Tom
8/29/2019 9:52 Am

No Chinese or Indian Steel or castings are to be provided to PCA.  Material Certifications showing test results and country of origin are required on all steel products.

**\*\*\* COPY ONLY \*\*\* Purchase Order \*\*\* COPY ONLY \*\*\***

PO Date  2/7/2017

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC

Purchase Order #  **218704**

Attn:
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

\*\*\* SHIP TO \*\*\*
4200 HIGHWAY 190 W
DERIDDER, LA 70634

\*\*\* SEND INVOICE TO \*\*\*
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

Vendor Fax  (337)463-2800        \*\* Emailed \*\*

| Item/Stock # | Quantity | Description | PO Type : Contract | Time and Material | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | | [A/P Terms:Net 30 Days] [Ship Via:Best Way] [Freight Terms:Prepaid/add] [F.O.B:Delivered] | | | | | |
| 1 | 1 | Provide labor and supervision to repair cladding on D1 Fourdrinier | Acct # 52-0-690-0098-650-31 | | 3,150.00 | Each | 2/7/2017 |

\*\*\* Closed Item \*\*\*

THIS PURCHASE ORDER IS GOVERNED BY A MASTER SERVICE AGREEMENT FOR CONSTRUCTION DATED 8/18/14 CURRENTLY IN EFFECT BETWEEN THE PURCHASE ORDER VENDOR AND PACKAGING CORPORATION OF AMERICA. THE MASTER SERVICE AGREEMENT IS A PART OF THIS PURCHASE ORDER.
\*\*\*\*

THE PCA DERIDDER MILL REQUIRES HARD HATS AND SAFETY GLASSES TO BE WORN BY ALL CONTRACTORS AND VISITORS AT ALL TIMES IN ALL AREAS OF THE MILL EXCEPT WHERE DESIGNATED EXEMPT.  ALL PPE MUST BE ANSI/ISEA APPROVED.
\*\*\*\*

THE PCA DERIDDER MILL IS ALSO A SMOKE FREE WORKPLACE.  SMOKING IS NOT PERMITTED ANYWHERE ON THE PROPERTY INCLUDING PARKING LOTS AND INSIDE VEHICLES.
\*\*\*\*

ANY INDIVIDUAL PERFORMING WORK ON SITE MUST COMPLETE THE DERIDDER MILLS CONTRACTOR SAFETY TRAINING ANNUALLY. THE CONTRACTOR SAFETY ORIENTATION AND INFORMATION PACKET IS AVAILABLE THROUGH THE SECURITY GUARDS AT THE TC GATE OR ONLINE AT THE LINK PROVIDED BELOW. INDIVIDUALS WHO COMPLETE THE TRAINING ONLINE MUST BRING THE COMPLETED PRINTED MATERIAL PACKET TO THE SECURITY GUARDS AT THE TC GATE UPON ARRIVAL.  UPON SUCCESSFUL COMPLETION OF THE CONTRACTOR SAFETY TRAINING EACH INDIVIDUAL WILL BE ISSUED A VERIFICATION CARD VALID FOR ONE YEAR.  THIS CARD MUST BE AVAILABLE AT ALL TIMES WHILE ON SITE AND IS SUBJECT TO RANDOM AND UNANNOUNCED SCREENING BY ANY REPRESENTATIVE OF PCA. DIRECT ANY QUESTIONS OR REQUESTS FOR ADDITIONAL INFORMATION CONCERNING THIS SAFETY TRAINING TO THE DERIDDER MILL SAFETY DEPARTMENT AT 337-462-4010 OR 337-462-4140.

TO OBTAIN THE TRAINING ONLINE:
1. GO TO: www.milltraining.com/Deridder/index.asp
2. ENTER PASSWORD: safety
3. PRINT MATERIAL PACKET, FILL OUT AND BRING REQUIRED DOCUMENTATION TO SECURITY GUARD

Sales Tax
[ ] DO NOT CHARGE SALES TAX     [ ] CHARGE SALES TAX
[✓] DIRECT PAY PERMIT:
CERT. NO.   **2036234-001/DP**

This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Packaging Corporation of America
Phone #   (337)462-4134
Fax #     (337)462-4305
Contact   Hall, Dana
Email     DanaHall@packagingcorp.com
By

Purchase Order # 218704
Page 1 of 2

Requisitioner  Winningham, Ryan
WO #   1576179
Req #   288234

Printed By:
Concannon, Tom
8/29/2019 9:52 Am

No Chinese or Indian Steel or castings are to be provided to PCA.  Material Certifications showing test results and country of origin are required on all steel products.

PO Date    2/7/2017

**\*\*\* COPY ONLY \*\*\* Purchase Order \*\*\* COPY ONLY \*\*\***

Vendor: 118876-1 ELITE SPECIALTY WELDING LLC

Attn:
19291 LAKE CHARLES HWY
DERIDDER, LA 70634

Purchase Order #    218704

\*\*\* SEND INVOICE TO \*\*\*
ATTN: Accounts Payable
PO BOX 1060
DERIDDER, LA 70634
DERAccountsPayable@packagingcorp.com

\*\*\* SHIP TO \*\*\*
4200 HIGHWAY 190 W
DERIDDER, LA 70634

Vendor Fax (337)463-2800        \*\* Emailed \*\*

| Item/Stock # | Quantity | Description | PO Type : Contract | Time and Material | Price | UOM | Due Date |
|---|---|---|---|---|---|---|---|
| | | GATE 1 WHEN ARRIVING AT MILL.<br>4. A VERIFICATION CARD WILL BE ISSUED<br>\*\*\*\*<br><br>ALL CONTRACTORS PERFORMING WORK ON PCA PROPERTY ARE SUBJECT TO RANDOM AND<br>UNANNOUNCED DRUG TESTS. | | | | | |

Requisitioner    Winningham, Ryan
WO #             1576179
Req #            288294

Printed By:
Concannon, Tom
8/29/2019 9:52 Am

Sales Tax
DO NOT CHARGE SALES TAX
☑ DIRECT PAY PERMIT:    ☐ CHARGE SALES TAX
CERT. NO.
**2036234-001/DP**
This P.O is issued subject to PCA's Terms and Conditions
http://www.packagingcorp.com/doing-business-with-pca

Packaging Corporation of America
Phone #    (337)462-4134
Fax #      (337)462-4305
Contact    Hail, Dana
Email      DanaHail@packagingcorp.com
By

Purchase Order # 218704
Page 2 of 2

No Chinese or Indian Steel or castings are to be provided to PCA. Material Certifications showing test results and country of origin are required on all steel products.